**Fill in this information to identify the case:**

Debtor name   **Wilson & Associates, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **21-10466**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $    **540,816.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $    **18,240,720.47**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................. $    **18,781,536.47**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $    **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $    **201,652.98**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$    **22,695,012.08**

4.   Total liabilities ........................................................................................
   Lines 2 + 3a + 3b        $    **22,896,665.06**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Wilson & Associates, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **21-10466**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.  Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | HSBC Bank USA, N.A. | Checking | 8916 | $68,443.45 |
| 3.2. | HSBC Bank USA, N.A. | Checking | 8924 | $0.00 |
| 3.3. | Industrial and Commerical Bank of China (USA) NA | Checking | 5318 | $2,355.94 |
| 3.4. | Industrial and Commerical Bank of China (USA) NA | Checking | 0203 | $0.00 |
| 3.5. | China Construction Bank Corporation, New York Branch | Checking | 5000 | $1,622.53 |
| 3.6. | JP Morgan Chase Bank, N.A. | CD | 7851 | $14,100.00 |
| 3.7. | JP Morgan Chase Bank, N.A. | Checking | 3021 | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

Debtor    **Wilson & Associates, LLC**                                    Case number *(If known)*  **21-10466**
_____
Name

| 3.8. | **Bank of America, N.A.** | **Checking** | **3419** | **$2,225.25** |
| 3.9. | **Bank of America, N.A.** | **Checking** | **3422** | **$0.00** |
| 3.10. | **Southwestern National Bank** | **Checking** | **3000** | **$4,985.00** |
| 3.11. | **Overseas Chinese Banking Corp.** | **Checking** | **2001** | **$22,588.94** |
| 3.12. | **Industrial and Commercial Bank of China, Jumen Road Branch** | **FTN** | **2392** | **$1,097.06** |
| 3.13. | **Industrial and Commercial Bank of China,Jumen Road Branch** | **FTN** | **2392** | **$11.70** |
| 3.14. | **First Abu Dhabi Bank** | **Checking** | **5011** | **$54,852.50** |
| 3.15. | **HSBC Bank Middle East Limited** | **Checking** | **7001** | **$40,296.31** |
| 3.16. | **HSBC Bank Middle East Limited** | **Checking** | **7100** | **$61.95** |
| 3.17. | **JP Morgan Chase Bank, N.A.** | **Checking** | **8773** | **$16,487.78** |

4.    **Other cash equivalents** *(Identify all)*
      **Standby Letters of Credit (issued for NY and Paris offices)**
      **NY - $132,140**
4.1.  **Paris - 100,000 Euro**                                                                    **$267,393.00**

5.    **Total of Part 1.**                                                          | **$496,521.41** |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Wilson & Associates, LLC**                                    Case number *(If known)*  **21-10466**
_____
Name

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.   **Deposits**                                                                          **$603,526.88**

      7.2.   **Security Deposit - Turtle Creek Center**                                            **$29,925.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

      8.1.   **Prepaid expenses**                                                                  **$139,708.90**

      8.2.   **Prepaid rent - Piedmont 60 Broad Street**                                           **$40,955.75**

      8.3.   **Prepaid deposits - LA office**                                                      **$36,592.13**

9.    **Total of Part 2.**                                                                        **$850,708.66**
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11.   **Accounts receivable**

      11a. 90 days old or less:       **3,049,114.53**   -        **25,385.15**   = ....          **$3,023,729.38**
                                      _____             _____
                                      face amount                 doubtful or uncollectible accounts

      11b. Over 90 days old:         **17,953,535.53**   -     **7,949,371.51**   = ....          **$10,004,164.02**
                                     _____             _____
                                     face amount                  doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                                       **$13,027,893.40**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ☐ No.  Go to Part 5.
    ■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.   **Mutual funds or publicly traded stocks not included in Part 1**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **Wilson & Associates, LLC**                              Case number *(If known)*  **21-10466**
_____
Name

Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership

| | Name of entity | % of ownership | | |
|---|---|---|---|---|
| 15.1. | **Wilson Purchasing, LLC** | **100** % | | **Unknown** |
| 15.2. | **Wilson Associates** | **100** % | | **Unknown** |
| 15.3. | **Wilson Worldwide (Proprietary) Ltd (incorporated in South Africa)** | **100** % | | **Unknown** |
| 15.4. | **Wilson Shanghai Company Ltd (incorporated in China)** | **100** % | | **Unknown** |
| 15.5. | **Wilson Associates Tokyo Co., Ltd** | **100** % | | **Unknown** |
| 15.6. | **Wilson & Associates Bangkok Co., Ltd.** | **47** % | | **Unknown** |
| 15.7. | **Wilson Associates London Limited** | **100** % | | **Unknown** |
| 15.8. | **Wilson Associates Interior Architectural Design Private Limited (incorporated in India)** | **10** % | | **Unknown** |
| 15.9. | **Wilson Asia Interior Architectural Design Company Limited (incorporated in Macau)** | **50** % | | **Unknown** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**                                                        **$0.00**
_____
Add lines 14 through 16.  Copy the total to line 83.

<div style="background:black;color:white;display:inline">Part 5:</div>    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

<div style="background:black;color:white;display:inline">Part 6:</div>    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | **Wilson & Associates, LLC** | Case number *(if known)* | **21-10466** |
|---|---|---|---|
| | Name | | |

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Worksurfaces, bookshelves, chairs, table, ice makers** | **$26,292.00** | | **$26,292.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Laptops, monitors, desktops, dockings** | **$274,308.00** | **N/A** | **$274,308.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1. **Art** | **$40,550.00** | | **$40,550.00** |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$341,150.00** |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other | Nature and extent of debtor's interest | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Wilson & Associates, LLC**                                          Case number *(If known)* **21-10466**
_____
Name

| | description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **in property** | | | |
|---|---|---|---|---|---|
| 55.1. | **60 Broad Street, 39th Floor New York, NY 10004** | **Leasehold improvement** | **$421,291.00** | | **$421,291.00** |
| 55.2. | **355 S. Grand Ave., 16th Floor Los Angeles, CA 90071** | **Leasehold improvement** | **$13,001.00** | | **$13,001.00** |
| 55.3. | **Dubai District Building 4 Suite B508, 5th Floor** | **Leasehold improvement** | **$5,047.00** | | **$5,047.00** |
| 55.4. | **3811 Turtle Creek Blvd., Suite 1600 Dallas, TX 75219** | **Leasehold improvment** | **$101,477.00** | | **$101,477.00** |

| 56. | **Total of Part 9.** | | **$540,816.00** |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Tradename** | **$3,524,336.00** | | **$3,524,336.00** |
| 61. | **Internet domain names and websites** **www.wilsonassociates.com** | **Unknown** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property                  page 6

Debtor    **Wilson & Associates, LLC**                                     Case number *(If known)* **21-10466**
_____ Name

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                    | $3,524,336.00 |

      Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
      ■ No
      ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No.  Go to Part 12.
      ■ Yes Fill in the information below.

                                                     Current value of
                                                      debtor's interest

71.    **Notes receivable**
      Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

      **Potential Tax refund**                          Tax year **2020**                    $111.00

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

      **See attached**                                                                              **Unknown**
      **Nature of claim**
      **Amount requested**                              **$0.00**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

      **Country club membership**                                                                    **Unknown**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Wilson & Associates, LLC**                                    Case number *(If known)*    **21-10466**
_____
Name

78.    **Total of Part 11.**                                                                              | **$111.00** |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    **Wilson & Associates, LLC**                                    Case number *(If known)* **21-10466**
_____
Name

Part 12:    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $496,521.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $850,708.66 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $13,027,893.40 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $341,150.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $540,816.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $3,524,336.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $111.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $18,240,720.47 | + 91b. $540,816.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $18,781,536.47 |

## Attachment to Schedule A/B #74 and SOFA #7

| Office | Project name | Project # | Owner | Plaintiff | Defendant | Starting Date | Terminating Date | Total Billing Amount-USD | Outstanding Invoice# | Outstanding Invoice Amount-USD | Amount involved | Legal Action | Law Firm on behalf of WA | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SG | Ningxia Genyuan JWM | 4379 | Ningxia Genyuan Real Estate Dev Co Ltd | WASG | Ningxia Genyuan Real Estate Dev Co Ltd | 8/18/12 | NA | $939,440.74 | #38252 #38325 #38352 #38464 #38768 #39039 | $110,562.93 | $562,664.00 | Arbitration | Dentons SHG | 3. RMB 14,978.20 |
| SG | The One Ritz Carlton, HCMC | 4509 | Bitexco HCMC | WASG | Bitexco HCMC | 2/6/14 | 5/12/17 | $1,169,250.00 | #40029 #40034 #40035 #40036 #40079 #40080 #40138 #40139 #40140 #40240 #40241 #40344 #40384 #40390 #40445 #40559 | $366,953.98 | $366,953.98 | Arbitration | Dzungsrt & Associates LLC | |
| SG | Damansara City Hotel | 4402 | GLM Property Management Co | WASG | GLM Property Management Co | 11/27/12 | NA | $1,054,814.00 | #40616 #40651 #40713 #40772 | $96,488.17 | $96,488.17 | Arbitration | NA | |
| SG | Krrish One Mall, Gurgaon | 4604 | Krish Realtyniram Pvt Ltd | WASG | Krish Realtyniram Pvt Ltd | 3/3/15 | NA | $125,000.00 | #39573 #39670 #39709 | $40,000.00 | $40,000.00 | Arbitration | NA | |
| SG | The Yarra Project, Jakarta, Indonesia | 4690 | PT Intimakmur Mitra Sejati | WASG | PT Intimakmur Mitra Sejati | 3/16/16 | NA | $293,250.00 | #40508-A #40508-B | $120,750.00 | $120,750.00 | Arbitration | NA | |
| SG | JW Marriott Guiyang | 4620 | Zhongtian City Investment GRP Guiyang International | WASG | Zhongtian City Investment GRP Guiyang International Finance | | NA | $1,355,935.38 | #41389 #41445 #41547 | $684,975.00 | $684,975.00 | | | |
| NY | SUMMIT LONGEMONT HOTEL | 4432 | CHENGDU XIAOFENG COMMERCIAL PROPERTIES | WASG | CHENGDU XIAOFENG COMMERCIAL PROPERTIES | | NA | $1,217,833.00 | #48227 #50332 #50469 #50595 #50904 | $452,892.79 | $452,892.79 | | | |
| DL | MARCO BEACH > HOTEL | 4535 | Olshan | SB Architects | Wilson Associates | Mid of 2014 | 2016 | $2,589,700.00 | | $535,000.00 | $535,000.00 | Lawsuit | Kahle & Kress | |

## Attachment to Schedule A/B #74 and SOFA #7

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LA | The Banc | 5128 | WGE Capital Group Inc. | WGE Capital Group Inc. | Wilson Associates | January 2020 | NA | $99,929.60 | #57860 #58009 | $87,438.40 | $87,438.40 | | Cobb Martinez Woodward PLLC |
| NY | LongMu Bay | 4199 | GUOXIN LONG MU BAY INVESTMENT | Wilson Associates | GUOXIN LONG MU BAY INVESTMENT | Sept 2010 | NA | $2,253,987.50 | 048331, 048683, 048684, 048685, 048825, 048827, 048990, 049060, | 173,245.00 | | Arbitration | |
| NY | Summit Longemont | 4432 | CHENGDU XIAOFENG COMMERCIAL | Wilson Associates | CHENGDU XIAOFENG COMMERCIAL | July 2013 | NA | $1,217,832.79 | 048227, 050332, 050469, 050595, 050904 | 452,892.79 | | Arbitration | |
| NY | Grand Hyatt Shenzhou | 4517 | CITIC PACIFIC LTD | Wilson Associates | CITIC PACIFIC LTD | April 2014 | NA | $1,137,923.75 | 051600, 052996 | 376,861.25 | | Arbitration | |
| NY | Nitesh Estates | 4408 | NITESH ESTATES LIMITED | Wilson Associates | NITESH ESTATES LIMITED | December 2012 | NA | $209,772.98 | 046292, 046458, 046949, 047065 | 88,928.46 | | Arbitration | |
| NY | Qingdao Rio Carnival | 4430 | RIO CARNIVAL ADVANCED PROP DEV | Wilson Associates | RIO CARNIVAL ADVANCED PROP DEV | March 2013 | NA | Multiple Offices/Projects | 049593, 049594, 053587 | 427,483.32 | | Arbitration | |
| NY | Bao Bao/Austin Grille | 4488 | ATLAS RESTAURANT CONCEPTS, LLC | Wilson Associates | ATLAS RESTAURANT CONCEPTS, LLC | December 2013 | NA | $31,875.00 | 047996, 048010, 048151 | 31,875.00 | | Arbitration | |
| NY | Interior Design Agreement | | Sobu Flats, LLC | Sobu Flats, LLC | Wilson Associates | 8/24/20 | NA | $318,206.88 | | 318,206.88 | | | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Fill in this information to identify the case:**</td></tr>
<tr><td>Debtor name</td><td>**Wilson & Associates, LLC**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td>**21-10466**</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  HSBC Bank USA, NA**
Creditor's Name

**452 Fifth Avenue**
**4th Floor**
**New York, NY 10018**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets - company believes loan has been paid off**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: **$0.00**    Value of collateral: **$0.00**

**2.2  Industrial & Commercial Bank**
Creditor's Name

**of China (USA) NA**
**1633 Broadway, 28th Floor**
**New York, NY 10019**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**All assets - company believes loan has been paid off**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: $0.00    Value of collateral: $0.00

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Wilson & Associates, LLC** | Case number (if known) | **21-10466** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **Navitas Credit Corp.** | | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**111 Executive Center Drive Suite 102 Columbia, SC 29210**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Equipment

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **Peoples Capital & Leasing Corp.** | | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**2005 Market Street 14th Floor Philadelphia, PA 19103**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Equipment

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **PNC Equipment Finance, LLC** | | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**995 Dalton Avenue Cincinnati, OH 45203**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Equipment

**Describe the lien**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Wilson & Associates, LLC**                                     Case number (if known)    **21-10466**
　　　　　Name

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 2.6 | **US Bank Equipment Finance** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1310 Madrid Street
Marshall, MN 56258**
Creditor's mailing address

| | |
|---|---|
| | **Equipment** |
| | **Describe the lien** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$0.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

**Fill in this information to identify the case:**

Debtor name    **Wilson & Associates, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **21-10466**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Dallas County Tax Office**<br>**1201 Elm Street**<br>**Suite 2600**<br>**Dallas, TX 75270** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,533.29 | $8,533.29 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Real Estate Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Various employees (See attached)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $193,119.69 | Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    45989    Best Case Bankruptcy

| Debtor | **Wilson & Associates, LLC** | Case number (if known) | **21-10466** |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,377.79**

(US$INV) Omegarender LLP

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

ABC Imaging FZ LLC
International Media Production Zone
Bldg D-54 PO Box 502773 Dubai, UAE
sales@abcimaging.com

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,242.95**

ABC Imaging, Inc.
1.) 5290 Shawnee Rd Suite 300
(2.) P.O. Box 2345 West Chester
PA 19380-0110
Alexandria, VA 22312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00**

ABM Parking Services
355 S. Grand Ave Level P3
Los Angeles, CA 90071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Acoulite
Al Bwardy Building Acoulite
Trading 4/F Dubai UAE
info@acoulite.com

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,960.00**

Acoustonica, LLC
99 Pond Ave Suite 216
Brookline, MA 02445

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,334.00**

Aecadmus Graphic Design
Antel Global Corp Center
3 Dona Julia Vargas Ave

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Wilson & Associates, LLC** | Case number (if known) | **21-10466** |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address
**AFCO**
**4501 College Blvd**
**Suite 320**
**Leawood, KS 66211**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance Premiums**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,864.49**

---

**3.9** | Nonpriority creditor's name and mailing address
**Al Jazeera**
**PO Box 4527, Abu Dhabi, UAE**
**aljjazcom@eim.ae**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,090.00**

---

**3.10** | Nonpriority creditor's name and mailing address
**Alexander Cruz**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.11** | Nonpriority creditor's name and mailing address
**Alika Dobie**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.12** | Nonpriority creditor's name and mailing address
**Alo Maids & Technical Services**
**Office 67, Third Fl, Oasis Center**
**Sheikh Zayed Rd Dubai UAE**
**info@alomaids.com**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.13** | Nonpriority creditor's name and mailing address
**Amex81004 (Leonard Lee) Airfar**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **-5,468.19**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.14** | Nonpriority creditor's name and mailing address
**Amida Global PTE LTD**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$26,161.50**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Wilson & Associates, LLC** | Case number (if known) | **21-10466** |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Arab Emiratea Real Estate Br 1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.15
**Aramark Refreshment Service**
**PO Box 612687**
**Dallas, TX 75261-2687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $899.32
**Ariba, Inc.**
**3420 Hillview Ave Building 3**
**  CA 94308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00
**Arriskeep Corporate PTE LTD**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00
**Asiance Contrusion PTE LTD**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $548.63
**AT&T**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**AXS FZ LLC**
**Dubai Knowledge Park Block 8, Ground Fl**
**Dubai UAE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com |

Debtor **Wilson & Associates, LLC**                    Case number (*if known*)    **21-10466**
       _____
       Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,600.00 |
|---|---|---|---|

**Beeken Reeves LTD (Recruitment)**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Briar Jacques**
**821 Al Wasl Rd Al Safa 2 Dubai UAE**
**info@lighthousearabia.com**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bryan Enriquez**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **-8.00**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $687.21 |
|---|---|---|---|

**Canon S'pore P/L (A/C:15210)**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,153.00 |
|---|---|---|---|

**CD + M Lighting Design Group**
**2302 Parklane Drive NE Suite 610**
**Atlanta, GA 30345**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,050.00 |
|---|---|---|---|

**Chen Guang Yan (Shanghai DSSPA)**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,800,000.00 |
|---|---|---|---|

**China Construction Bank**
**Corporation NY**
**1095 Avenue of the Americas**
**33rd Floor**
**New York, NY 10036**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Wilson & Associates, LLC** | Case number (*if known*) | **21-10466** |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,754.20**

**CIT/IRAS Comptroller of Income**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Clarissa Soriago**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Clean & Clear Cleaning**
**PO Box #454520, Shop #5 Bldg #Y03**
**England Cluster Int'l City Dubai, UAE**
**info@lighthousearabia.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,148.97**

**COE Marketing (S) PTE LTD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Colorleaf Printing**
**PO Box #83740 #103 Al Mooba Tower**
**2 Sheikh Zayed Rd Dubai UAE**
**info@colorleafonline.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$132.00**

**Connie Jackson**
**1450 Merion Drive**
**Rockwall, TX 75087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Expense reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,060.56**

**Conpak Management Consultants**
**Rooms 05-15, 13A/F, South Tower**
**World Finance Centre,Harbour Cty**
**17 Canton Rd, Tsim Sha Tsui**
**Kowloon, Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Wilson & Associates, LLC**
Name

Case number (*if known*) **21-10466**

| | |
|---|---|
| 3.36 | Nonpriority creditor's name and mailing address |

**CPFB Late Payment Interest**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,048.00**

---

| | |
|---|---|
| 3.37 | Nonpriority creditor's name and mailing address |

**Cracknell**
**PO Box 66231, 3rd Fl, BLDG 6A**
**Dubai Design Distr, Dubai, UAE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.38 | Nonpriority creditor's name and mailing address |

**Craig Robberts Assoc. Inc.**
**4230 Avondale Ave., #202**
**Dallas, TX 75219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.39 | Nonpriority creditor's name and mailing address |

**Create & Elevate**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.40 | Nonpriority creditor's name and mailing address |

**Cristiano Falconi**
**info@cristianofalconi.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.41 | Nonpriority creditor's name and mailing address |

**D. James Carry Design Studio**
**5446 N Dentwood Drive**
**Dallas, TX 75220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,036.45**

---

| | |
|---|---|
| 3.42 | Nonpriority creditor's name and mailing address |

**Darcy Lawrence**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Wilson & Associates, LLC** | Case number (if known) | **21-10466** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DashConsultants FZE**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.61 |
|---|---|---|---|

**Delivery Limited Inc.**
**8220 Ambassador Row**
**Dallas, TX 75247**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147.47 |
|---|---|---|---|

**Dell Global B.V. (Singapore BR)**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**Deloitte Touche Tohmatsu**
**19/F The Macau Square**
**Apartment H-L**
**43-53AAv. do. Infante D.**
**Henrique Macau**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Delta Lighting Dolutions**
**Delta Al Manal Tower 1001 Sheik Zayed**
**Rd PO Box 43780 Dubai, UAE**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Design Objectives PTE LTD**
**29 Kreta Ayer Rd**
**Edison, NJ 08899**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Design Tech**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Wilson & Associates, LLC** | Case number (if known) | **21-10466** |
|---|---|---|---|
| | Name | | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $45,385.60 |
|---|---|---|---|
| | **DG Jones & Partners LTD** | ☐ Contingent | |
| | **1st Fl Tessco Bldg Zayed II Rd** | ☐ Unliquidated | |
| | **PO Box 43780 Dubai, UAE** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $757.00 |
|---|---|---|---|
| | **Dock, Inc.** | ☐ Contingent | |
| | **5011 Gate Parkway, Ste 100-100** | ☐ Unliquidated | |
| | **Jacksonville, FL 32256** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **DPA Lighting Consultants** | ☐ Contingent | |
| | **Design House PO Box 5000712 Dubai UAE** | ☐ Unliquidated | |
| | **dubai@dpalighting.com** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $70,250.00 |
|---|---|---|---|
| | **DSSPACE Lighting** | ☐ Contingent | |
| | **Design Group LLC** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **DTA Cost Control & Risk Management** | ☐ Contingent | |
| | **hello@lovethatdesign.com** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **DU Emirates Integrated Teleom** | ☐ Contingent | |
| | **Al Salam Tower Dubai Media City** | ☐ Unliquidated | |
| | **22072 Dubai UAE** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Dubai Design District** | ☐ Contingent | |
| | **Bldg 3, 2nd Fl PO Box 333300, Dubai UAE** | ☐ Unliquidated | |
| | **customercare@designdistrict.com** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Wilson & Associates, LLC** | Case number (if known) | **21-10466** |
|---|---|---|---|
| | Name | | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,174,008.00 |
|---|---|---|---|

**East China Architecture Design & Research Institute Co. Ltd**
**No. 151, Hankou Road**
**Huang Pu District**
**Shanghai, China**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Unsecured loan**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Eastar Digital Technology**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24,040.00 |
|---|---|---|---|

**Edsa, Inc.**
**1512 E Broward Blvd Suite 110**
**Fort Lauderdale, FL 33301**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eleven Visualisation**
**Unit 107 Ink Rooms, 28 Easton St.**
**Londong, WCIX, ONS United Kingdom**
**info@elevenv.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Enova Facilities Managment Services**
**2nd Floor, City Centre Offices**
**Port Saeed, Dubai UAE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $126,325.32 |
|---|---|---|---|

**EOS Properties at Turtle Creek**
**620 Newport Center Dr Suite**
**1300 Newport Beach**
** CA 92560**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,069.77 |
|---|---|---|---|

**Federal Express, Inc.**
**PO BOX 660481**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Wilson & Associates, LLC** | Case number (*if known*) | **21-10466** |
|---|---|---|---|
| | Name | | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,571.48** |
|---|---|---|---|
| | **Fedex-Federal Express S'pore P** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,160.00** |
|---|---|---|---|
| | **First Circle Design Inc** | ☐ Contingent | |
| | **3187 Airway Ave Suite C** | ☐ Unliquidated | |
| | **Costa Mesa, CA 92626** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Flashpoint Printing** | ☐ Contingent | |
| | **G05, the Curve Bldg Near NoorBank** | ☐ Unliquidated | |
| | **Metro Station, Sheikh Zayed RD, UAE** | ☐ Disputed | |
| | **info@flashpointuae.com** | **Basis for the claim:** _ | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,532.50** |
|---|---|---|---|
| | **Foley & Lardner LLP** | ☐ Contingent | |
| | **2021 McKinney Ave Suite 1600** | ☐ Unliquidated | |
| | **Dallas, TX 75201** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Francisco Cordoba** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.12** |
|---|---|---|---|
| | **Fuji Xerox Singapore PTE LTD** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Genius Loci** | ☐ Contingent | |
| | **PO Box 336651 Office 901 The Dome Tower** | ☐ Unliquidated | |
| | **Jumeriah Lake Towers, Dubai UAE** | ☐ Disputed | |
| | **info@geniusloci-uae.com** | **Basis for the claim:** _ | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Wilson & Associates, LLC** | Case number (if known) | **21-10466** |
|---|---|---|---|
| | Name | | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GKS**
**SA-9, Ground Floor, Tilak Nagar**
**New Delhi 110018**
**gulshan.sharma@hba@gmail.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,400.00 |
|---|---|---|---|

**GKS Design Group**
**R/O Tharakalwal Tehsil**
**Billawar Distt-Kathua**
** Jammu & Kashmir 184205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,812.50 |
|---|---|---|---|

**Granville McNearLighting Studio**
**3545 Ainsworth Drive**
**Dallas, TX 75229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.00 |
|---|---|---|---|

**GTT Communications**
**PO Box 842630**
**Dallas, TX 75284-2630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,176.33 |
|---|---|---|---|

**Harvard Maintenance, Inc.**
**20 S. Biscayne Road**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Haythem Belayouni**
**hell@riseviz.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Helping Hands**
**Al Quoz 04, Dynatrade Bldg Office 304**
**Dubai UAE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Wilson & Associates, LLC** | Case number (if known) | **21-10466** |
|---|---|---|---|
| | Name | | |

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Hilda Impey** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,450.86 |
|---|---|---|---|
| | **Hitachi Capital Asia Pacific P** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,000,000.00 |
|---|---|---|---|
| | **HSBC Bank USA, NA** | ☐ Contingent | |
| | **452 Fifth Avenue** | ☐ Unliquidated | |
| | **4th Floor** | ☐ Disputed | |
| | **New York, NY 10018** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Unsecured loan_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $237.00 |
|---|---|---|---|
| | **Ina, XIE, Tina Jing** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,286.11 |
|---|---|---|---|
| | **Iron Mountain** | ☐ Contingent | |
| | **1101 Enterprise Ave** | ☐ Unliquidated | |
| | **Royersford, PA 19468** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,586.85 |
|---|---|---|---|
| | **Iron Mountain Singapore PTE LT** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **J&J Associates** | ☐ Contingent | |
| | **T3 III Floor, Empire Building** | ☐ Unliquidated | |
| | **Old Railway Station Road** | ☐ Disputed | |
| | **High Court Ease End, Cochin 682018** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Wilson & Associates, LLC** | | Case number (*if known*) | **21-10466** |
|---|---|---|---|---|
| | Name | | | |

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60,500.00** |
|---|---|---|---|
| | **Jaylord Agillon (Drafting Serv)** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Jerome Booten** | ☐ Contingent | |
| | **13 Digenous Lakatamia Nicosia 2321** | ☐ Unliquidated | |
| | **Cyprus** | ☐ Disputed | |
| | **jez@jez.booton.com** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$876.06** |
|---|---|---|---|
| | **Jin Hee Stationery & Office SU** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,460.50** |
|---|---|---|---|
| | **Joe B. Allen III PC** | ☐ Contingent | |
| | **4925 Greenville Ave Suite 200** | ☐ Unliquidated | |
| | **Dallas, TX 75206** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,460.50** |
|---|---|---|---|
| | **John R. Ames** | ☐ Contingent | |
| | **1201 Elm Street Suite 2600** | ☐ Unliquidated | |
| | **Dallas, TX 75270** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150,138.71** |
|---|---|---|---|
| | **Justco (Raffles Blvd) PTE LTD** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$980.50** |
|---|---|---|---|
| | **La Casa Ventures** | ☐ Contingent | |
| | **1900 Powell Street #150** | ☐ Unliquidated | |
| | **Emeryville, CA 94608** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Wilson & Associates, LLC** | Case number (if known) | **21-10466** |
|---|---|---|---|
| | Name | | |

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Layan Halwani**
**PO Box 454667 302B, Bldg 4, Dubai**
**Design District, UAE**
**info@layanhalwani.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**Lee Hyunjoo (Outside Consultan)**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**Lei Berger**
**1716 Chester Drive**
**Plano, TX 75025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,713.90 |
|---|---|---|---|

**Level 3 Communications, LLC**
**PO Box 910812**
**Denver, CO 80291-0182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Lifang Vision Technology Co.**
**Rm503,F5#33Wuqing S RD**
**Wuhou New City Committee**
**Wuhou Distr Chengdu China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,000.00 |
|---|---|---|---|

**LOS Visuals**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,488.15 |
|---|---|---|---|

**Maguire Properties**
**355 S, Grand, LLC Dept LA 23073**
**Pasadena, CA 91185-3073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Wilson & Associates, LLC** | Case number (if known) | **21-10466** |
|---|---|---|---|
| | Name | | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Magyk Visual Studio**
**B-23, SH-1, Shalmar Garden Extn-11**
**Sahibabad, Ghaziabad 201005**
**magykstudio@gmail.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Malak Elabd**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marie Havard**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Masters VR Technical**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maysoun**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mazen Khalifa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Menasa & Partners**
**Office 101, Block 03 Dubai Knowledge**
**Park Dubai UAE**
**info@menasaandpartners.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Wilson & Associates, LLC** | Case number (if known) | **21-10466** |
|---|---|---|---|
| | Name | | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$173.25** |
|---|---|---|---|

**Minhui Huang**
**4215 81st street, 4H**
**Elmhurst, NY 11373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Muzeo**
**31 Ave Leon Gambetta Montrogue**
**France 92100**
**info@muzeo.fr**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Nabih Elias Azzam & Partners**
**BB01 Marasi Dr Busniess BayBay Square**
**Duabi UAE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Nulty**
**2106 Bldg AA1, Mazaya Business Ave**
**Jumeriah Lakes Tower Dubai UAE**
**office@nultylighting.co.uk**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$584.35** |
|---|---|---|---|

**Office Depot**
**PO Box 88040**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Oman Insurance Co.**
**PO Box 5209 Dubai UAE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Orient Travel & Tourism Agency**
**PO Box 13808, Sheikh Zayed Rd Dubai, UAE**
**altaf@orienttravels.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Wilson & Associates, LLC** | Case number (if known) | **21-10466** |
|---|---|---|---|
| | Name | | |

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,125.00**

**Peaberry Design Studio**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,582.93**

**Petrie Pr**
**RM 502,5/F Winsome House**
**73 Wyndham**
**St Central Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,401.24**

**Petty Cash**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$142,498.04**

**Piedmont 60 Broad Street, LLC**
**116695 John's Creek Pkwy Ste 350**
**Duluth, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Plantscapes**
**PO Box 37579 Dubai, UAE**
**plantscapes@desertgroup.ae**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Printify**
**PO Box 26993 Dubai UAE**
**info@printifyuae.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Qube Art**
**PO Box 391447 Dubai, UAE**
**shop@qubeartgallery.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Wilson & Associates, LLC** | | Case number (if known) | **21-10466** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Redpath Partners** | ☐ Contingent | |
| | **Unit 507, The Onyx Tower2, the Greens** | ☐ Unliquidated | |
| | **PO Box 478435 Dubai, UAE** | ☐ Disputed | |
| | **charlie@redpathpartners.com** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,218.52 |
|---|---|---|---|
| | **RGS Reprographic Solutions PTE** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,475.77 |
|---|---|---|---|
| | **Ricca Design** | ☐ Contingent | |
| | **Unit 904 Tamson Plaza No.161** | ☐ Unliquidated | |
| | **Wai Yip Street, Kwun Tong** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|
| | **Rinier C Villamayor** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,235.61 |
|---|---|---|---|
| | **RJS Barber Associates** | ☐ Contingent | |
| | **PO Box 370 Old Lyme, CT 06371** | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,545.00 |
|---|---|---|---|
| | **RSM US LLP** | ☐ Contingent | |
| | **13155 Noel Road Suite 2200** | ☐ Unliquidated | |
| | **Dallas, TX 75240** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|
| | **S2H Communications** | ☐ Contingent | |
| | **1991 Broadway #21A New York, NY 10023** | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Wilson & Associates, LLC** | Case number (if known) | **21-10466** |
|---|---|---|---|
| | Name | | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Sarhen International**<br>**PO Box 35608 Jafza One 11th Floor**<br>**fbenet@sarhenintl.com** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $427,783.70 |
|---|---|---|---|
| | **SB Architects**<br>**2333 Ponce De Leon Blvd. Ste 1000**<br>**Coral Gables**<br>**Miami, FL 33134** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,085.50 |
|---|---|---|---|
| | **Schwed, Kahle & Kress**<br>**11410 North Jog Road Ste 100**<br>**Palm Beach Gardens, FL 33418** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,383.00 |
|---|---|---|---|
| | **Scott Oldner Lighting Design LLC**<br>**4645 Greenville Ave Studio B**<br>**Dallas, TX 75206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155,755.03 |
|---|---|---|---|
| | **Skets**<br>**226 Patporganj Functional Industrial**<br>**Estate Delhi 110002**<br>**anilks@sketsstudio.com** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,444.16 |
|---|---|---|---|
| | **Skets Online**<br>**226 Patparganj Functional Industrial**<br>**Estate Delhi 110092** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Smart Plus Trading LLC**<br>**PO Box 93914 Dubai UAE**<br>**smartrdg@emirates.net** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Wilson & Associates, LLC**
Name

Case number (if known) **21-10466**

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SNNTA Travel & Tours**
**Al Arouba St. Al GharbAl Mareja-Sharjah**
**UAE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $101,838.56 |
|---|---|---|---|

**Softchoice Corporation**
**16609 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,980.32 |
|---|---|---|---|

**Sompo Insurance Singapore PTE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,423,100.00 |
|---|---|---|---|

**Southwestern National Bank**
**6901 Corporate Drive**
**Houston, TX 77036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **PPP Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,930.00 |
|---|---|---|---|

**SpecSources**
**3825 Edwards Road Suite 103**
**Cincinnati, OH 45209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Square Peg**
**Diamon Business Center II Office 101**
**PO Box 476224 Dubai, UAE**
**studio@sqpeg.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stam Architecture**
**Creative Tower, 17th Floor PO Box 4422**
**Fujairh, UAE**
**office@stamarchitecture.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Wilson & Associates, LLC** | | Case number (if known) | **21-10466** |
|---|---|---|---|---|
| | Name | | | |

---

**3.141** | **Nonpriority creditor's name and mailing address**
**Starhub LTD**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,635.42**

---

**3.142** | **Nonpriority creditor's name and mailing address**
**Sudapim Piraban 2D Renderings**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,890.00**

---

**3.143** | **Nonpriority creditor's name and mailing address**
**Susan Isaac**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$12,000.00**

---

**3.144** | **Nonpriority creditor's name and mailing address**
**Tangyi (LT Design Studio)**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$84,220.00**

---

**3.145** | **Nonpriority creditor's name and mailing address**
**Tanya Jones**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.146** | **Nonpriority creditor's name and mailing address**
**Thomas Printworks**
**600 North Central Expressway**
**Richardson, TX 75080**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,622.91**

---

**3.147** | **Nonpriority creditor's name and mailing address**
**Tilleke & Gibbins**
**Supalai Grand Tower, 20ths-26th Floor**
**1011 Rama 3 Road Chongnonsi,**
**Yannawal Bangkok 10120, Thailand**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$15,621.66**

---

| Debtor | **Wilson & Associates, LLC** | Case number (if known) | **21-10466** |
|---|---|---|---|
| | Name | | |

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53,045.99** |
|---|---|---|---|

**Tokio Marine Life Insurance**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Tom Skyring**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,799.67** |
|---|---|---|---|

**UOB Card #5978 Leonard Lee-UOB**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**UOB#1276 Grace Chen-UOB Card C**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **-56.86**

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**UPS Gulf, LLC**
**PO Box 26026 Dubai, UAE**
**uacrcontrol@ups.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,000.00** |
|---|---|---|---|

**Upspring PR Inc.**
**276 5th Ave**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,775.00** |
|---|---|---|---|

**Videa Vision Technology Co, LTD.**
**73 Upper Paya Leber Rd #06-01C**
**Centro Blanco, Singepore 534818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Wilson & Associates, LLC** | Case number (if known) | **21-10466** |
|---|---|---|---|
| | Name | | |

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,900.00** |
|---|---|---|---|
| | **Vimiu VR LTD (He Changjian-Vim)** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$141.46** |
|---|---|---|---|
| | **Vincent Liew** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,920.00** |
|---|---|---|---|
| | **Visual Energy Associates LTD** | ☐ Contingent | |
| | **Curtain House 134-136 Curtain Rd London** | ☐ Unliquidated | |
| | **Ec2A 3AR** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44.00** |
|---|---|---|---|
| | **Warisan Courier Services** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Waterford Accounting Services (PTY) Ltd** | ☐ Contingent | |
| | **"P O BOX 2295 LONEHILL 2062 UNIT 2** | ☐ Unliquidated | |
| | **FOURWAYS MANOR OFFICE PARK** | ☐ Disputed | |
| | **1 MACBETH AVENUE FOURWAYS 2062** | **Basis for the claim:** _ | |
| | **Date(s) debt was incurred** _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| | **Last 4 digits of account number** _ | | |

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,830.59** |
|---|---|---|---|
| | **Windstream** | ☐ Contingent | |
| | **PO Box 90001013** | ☐ Unliquidated | |
| | **Louisville, KY 40290-1013** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,800.00** |
|---|---|---|---|
| | **X + X Studios** | ☐ Contingent | |
| | **Nanjangbin Wset Ave No.96** | ☐ Unliquidated | |
| | **Fuzhou, Fujian 35000** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Wilson & Associates, LLC** | Case number (if known) | **21-10466** |
|---|---|---|---|
| | Name | | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,713.69 |
|---|---|---|---|
| | **Yuiko Toshida-Sub Con (Bank A)** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Zahrein Ismail** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,895.65 |
|---|---|---|---|
| | **Zoom Video Comunications** | ☐ Contingent | |
| | **PO Box 398843** | ☐ Unliquidated | |
| | **San Francisco, CA 94139-8843** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 201,652.98 |
| 5b. Total claims from Part 2 | 5b. + | $ | 22,695,012.08 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 22,896,665.06 |

## Attachment to Schedule E - Employee Claims

| Office | Employee Name | Title | Salary-USD | Monthly Pay | Half Month Pay | Daily Wage | Pay(Feb.22-Feb.28) | Pay(Mar.1-Mar.2) | Total |
|---|---|---|---|---|---|---|---|---|---|
| CRP | Hawkins,Lisa Marie | Accountant | $ 52,605.00 | $ 4,383.75 | $ 2,191.88 | $ 202.33 | $ 1,217.71 | $ 404.65 | $ 1,622.36 |
| CRP | Neumann,Cheryl | Consulting Principal & Advisor | $ 30,000.00 | $ 2,500.00 | $ 1,250.00 | $ 115.38 | $ 694.44 | $ 230.77 | $ 925.21 |
| CRP | Thompson,Lara | Accountant | $ 59,955.00 | $ 4,996.25 | $ 2,498.13 | $ 230.60 | $ 1,387.85 | $ 461.19 | $ 1,849.04 |
| Dallas | Ciafardini,Marc | Senior Designer | $ 93,000.00 | $ 7,750.00 | $ 3,875.00 | $ 357.69 | $ 2,152.78 | $ 715.38 | $ 2,868.16 |
| Dallas | Sandoval, Veronica Paula | Designer | $ 68,000.00 | $ 5,666.67 | $ 2,833.33 | $ 261.54 | $ 1,574.07 | $ 523.08 | $ 2,097.15 |
| Dallas | Jackson,Constance Hodges | Senior Project Director | $ 118,000.00 | $ 9,833.33 | $ 4,916.67 | $ 453.85 | $ 2,731.48 | $ 907.69 | $ 3,639.17 |
| Dallas | Evasco,Gayle Ireanne | Designer | $ 63,000.00 | $ 5,250.00 | $ 2,625.00 | $ 242.31 | $ 1,458.33 | $ 484.62 | $ 1,942.95 |
| Dallas | Chen,Liang | Project Director | $ 114,000.00 | $ 9,500.00 | $ 4,750.00 | $ 438.46 | $ 2,638.89 | $ 876.92 | $ 3,515.81 |
| Dallas | Madison Mayberry | Designer | $ 58,000.00 | $ 4,833.33 | $ 2,416.67 | $ 223.08 | $ 1,342.59 | $ 446.15 | $ 1,788.75 |
| New York | Lawless,Michael Andrew | Project Manager | $ 80,000.00 | $ 6,666.67 | $ 3,333.33 | $ 307.69 | $ 1,851.85 | $ 615.38 | $ 2,467.24 |
| CRP | Yi,Bin | VP of Finance | $ 130,000.00 | $ 10,833.33 | $ 5,416.67 | $ 500.00 | $ 3,009.26 | $ 1,000.00 | $ 4,009.26 |
| New York | Wong,Wei Loong | Senior Designer | $ 60,500.00 | $ 5,041.67 | $ 2,520.83 | $ 232.69 | $ 1,400.46 | $ 465.38 | $ 1,865.85 |
| CRP | Jennifer Helene Smith | Business Development Director | $ 126,000.00 | $ 10,500.00 | $ 5,250.00 | $ 484.62 | $ 2,916.67 | $ 969.23 | $ 3,885.90 |
| Dallas | Traci Anne Murphree | Designer | $ 57,000.00 | $ 4,750.00 | $ 2,375.00 | $ 219.23 | $ 1,319.44 | $ 438.46 | $ 1,757.91 |
| Dallas | Megan Linquest | Junior Designer | $ 60,000.00 | $ 5,000.00 | $ 2,500.00 | $ 230.77 | $ 1,388.89 | $ 461.54 | $ 1,850.43 |
| Dallas | Arias, Anica Marissa | Junior Designer | $ 50,000.00 | $ 4,166.67 | $ 2,083.33 | $ 192.31 | $ 1,157.41 | $ 384.62 | $ 1,542.02 |
| Dallas | Davis, Sydney Lynn | Associate Designer | $ 50,000.00 | $ 4,166.67 | $ 2,083.33 | $ 192.31 | $ 1,157.41 | $ 384.62 | $ 1,542.02 |
| Dallas | Richardson, Lela Adelaide | Operations Director | $ 125,000.00 | $ 10,416.67 | $ 5,208.33 | $ 480.77 | $ 2,893.52 | $ 961.54 | $ 3,855.06 |
| Dallas | Daniel Stephen Doyle | Project Manager | $ 86,500.00 | $ 7,208.33 | $ 3,604.17 | $ 332.69 | $ 2,002.31 | $ 665.38 | $ 2,667.70 |
| Dallas | Gerogia Faye Whitley | Junior Designer | $ 53,000.00 | $ 4,416.67 | $ 2,208.33 | $ 203.85 | $ 1,226.85 | $ 407.69 | $ 1,634.54 |
| CRP | Yang, Jingxue | Staff Accountant | $ 60,000.00 | $ 5,000.00 | $ 2,500.00 | $ 230.77 | $ 1,388.89 | $ 461.54 | $ 1,850.43 |
| Dallas | Dagmara Greenlee | Receptionist/Vendor Relations | $ 45,000.00 | $ 3,750.00 | $ 1,875.00 | $ 173.08 | $ 1,041.67 | $ 346.15 | $ 1,387.82 |
| Singapore | James Rock | Regional OPS Director | $ 180,000.00 | $ 15,000.00 | $ 7,500.00 | $ 692.31 | $ 4,166.67 | $ 1,384.62 | $ 5,551.28 |
| Dallas | Anna Steinhagen | Junior Designer | $ 50,000.00 | $ 4,166.67 | $ 2,083.33 | $ 192.31 | $ 1,157.41 | $ 384.62 | $ 1,542.02 |
| Dallas | Dusty Carter | Project Manager | $ 90,000.00 | $ 7,500.00 | $ 3,750.00 | $ 346.15 | $ 2,083.33 | $ 692.31 | $ 2,775.64 |
| Dallas | Diana Dubois | Business Development Coordinator | $ 80,000.00 | $ 6,666.67 | $ 3,333.33 | $ 307.69 | $ 1,851.85 | $ 615.38 | $ 2,467.24 |
| Dallas | Arianna Spradley | Admin Assistant | $ 52,000.00 | $ 4,333.33 | $ 2,166.67 | $ 200.00 | $ 1,203.70 | $ 400.00 | $ 1,603.70 |
| Dubai | Gina Valena Fajardo | Site Representative | $ 83,981.70 | | | | | | $ 6,998.48 |
| CRP | Zhao Li | SVP | $ 90,000.00 | $ 7,500.00 | $ 3,750.00 | $ 346.15 | $ 2,083.33 | $ 692.31 | $ 2,775.64 |
| | | Total | $ 2,265,541.70 | $ 181,796.67 | $ 90,898.33 | $ 8,390.62 | $ 50,499.07 | $ 16,781.23 | $ 74,278.78 |

$ 83,981.70

## Attachment to Schedule E - Employee Claims

| Office | Employee Name | Title | Salary-local currency | Monthly Pay | Half Month Pay | PTO Balance-2/28/2021 | Rate | PTO Balance-3/2/2021 | PTO Payment |
|---|---|---|---|---|---|---|---|---|---|
| CRP | Hawkins,Lisa Marie | Accountant | $ 52,605.00 | $ 4,383.75 | $ 2,191.88 | 51.76 | 9.67 | 53.52 | $ 1,353.52 |
| CRP | Neumann,Cheryl | Consulting Principal & Advisor | $ 30,000.00 | $ 2,500.00 | $ 1,250.00 | | | - | $ - |
| CRP | Thompson,Lara | Accountant | $ 59,955.00 | $ 4,996.25 | $ 2,498.13 | 145.15 | 9.67 | 146.91 | $ 4,234.56 |
| Dallas | Ciafardini,Marc | Senior Designer | $ 93,000.00 | $ 7,750.00 | $ 3,875.00 | 35.52 | 6.34 | 36.67 | $ 1,639.69 |
| Dallas | Crosby,Michael | | $ 206,000.00 | $ 17,166.67 | $ 8,583.33 | 90.43 | 9.67 | 90.43 | $ 8,955.83 |
| Dallas | Sandoval, Veronica Paula | Designer | $ 68,000.00 | $ 5,666.67 | $ 2,833.33 | 49.50 | 5.34 | 50.47 | $ 1,650.01 |
| Dallas | Jackson,Constance Hodges | Senior Project Director | $ 118,000.00 | $ 9,833.33 | $ 4,916.67 | 185.96 | 9.67 | 185.96 | $ 10,549.78 |
| Dallas | Evasco,Gayle Ireanne | Designer | $ 63,000.00 | $ 5,250.00 | $ 2,625.00 | 100.68 | 6.34 | 101.83 | $ 3,084.36 |
| Dallas | Chen,Liang | Project Director | $ 114,000.00 | $ 9,500.00 | $ 4,750.00 | 157.52 | 6.34 | 158.67 | $ 8,696.49 |
| Dallas | Madison Mayberry | Designer | $ 58,000.00 | $ 4,833.33 | $ 2,416.67 | 102.48 | 5.34 | 103.45 | $ 2,884.69 |
| New York | Lawless,Michael Andrew | Project Manager | $ 80,000.00 | $ 6,666.67 | $ 3,333.33 | 13.22 | 6.34 | 14.37 | $ 552.80 |
| New York | DiStasi, Jennifer | | $ 75,000.00 | $ 6,250.00 | $ 3,125.00 | 189.76 | 6.34 | 189.76 | $ 6,842.44 |
| CRP | Yi,Bin | VP of Finance | $ 130,000.00 | $ 10,833.33 | $ 5,416.67 | 162.44 | 4.67 | 163.29 | $ 10,205.57 |
| New York | Wong,Wei Loong | Senior Designer | $ 60,500.00 | $ 5,041.67 | $ 2,520.83 | 89.52 | 6.34 | 89.52 | $ 2,603.83 |
| CRP | Jennifer Helene Smith | Business Development Director | $ 126,000.00 | $ 10,500.00 | $ 5,250.00 | 42.16 | 5.34 | 43.13 | $ 2,612.74 |
| Dallas | Traci Anne Murphree | Designer | $ 57,000.00 | $ 4,750.00 | $ 2,375.00 | 37.52 | 4.67 | 38.37 | $ 1,051.46 |
| Dallas | Megan Linquest | Junior Designer | $ 60,000.00 | $ 5,000.00 | $ 2,500.00 | 55.90 | 4.67 | 55.90 | $ 1,612.50 |
| Dallas | Arias, Anica Marissa | Junior Designer | $ 50,000.00 | $ 4,166.67 | $ 2,083.33 | 112.30 | 4.67 | 113.15 | $ 2,719.93 |
| Dallas | Davis, Sydney Lynn | Associate Designer | $ 50,000.00 | $ 4,166.67 | $ 2,083.33 | 114.82 | 5.34 | 115.79 | $ 2,783.44 |
| Dallas | Richardson, Lela Adelaide | Operations Director | $ 125,000.00 | $ 10,416.67 | $ 5,208.33 | 141.52 | 6.34 | 142.67 | $ 8,574.08 |
| Dallas | Daniel Stephen Doyle | Project Manager | $ 86,500.00 | $ 7,208.33 | $ 3,604.17 | 126.76 | 4.67 | 127.61 | $ 5,306.82 |
| Dallas | Georgia Faye Whitley | Junior Designer | $ 53,000.00 | $ 4,416.67 | $ 2,208.33 | 49.10 | 4.67 | 49.95 | $ 1,272.74 |
| CRP | Yang, Jingxue | Staff Accountant | $ 60,000.00 | $ 5,000.00 | $ 2,500.00 | 76.47 | 4.67 | 77.32 | $ 2,230.36 |
| Dallas | Dagmara Greenlee | Receptionist/Vendor Relations | $ 45,000.00 | $ 3,750.00 | $ 1,875.00 | 128.76 | 4.67 | 129.61 | $ 2,804.04 |
| Singapore | James Rock | Regional OPS Director | $ 180,000.00 | $ 15,000.00 | $ 7,500.00 | 238.18 | 7.34 | 239.51 | $ 20,727.22 |
| Dallas | Anna Steinhagen | Junior Designer | $ 50,000.00 | $ 4,166.67 | $ 2,083.33 | 67.11 | 4.67 | 67.96 | $ 1,633.63 |
| Dallas | Dusty Carter | Project Manager | $ 90,000.00 | $ 7,500.00 | $ 3,750.00 | 117.52 | 6.34 | 118.67 | $ 5,134.88 |
| Dallas | Diana Dubois | Business Development Coordinator | $ 80,000.00 | $ 6,666.67 | $ 3,333.33 | (50.64) | 6.34 | (49.49) | |
| Dallas | Arianna Spradley | Admin Assistant | $ 52,000.00 | $ 4,333.33 | $ 2,166.67 | 102.41 | 4.67 | 103.26 | $ 2,581.48 |
| CRP | Zhao Li | SVP | $ 90,000.00 | $ 7,500.00 | $ 3,750.00 | 33.85 | 9.67 | 35.60 | $ 1,540.52 |
| | **Total** | | $ 2,462,560.00 | $ 205,213.33 | $ 102,606.67 | 2,767.68 | | 2,793.88 | $ 125,839.39 |
| | Michael Crossby | | | | | 95.80 | | | |
| | DiStasi, Jennifer | | | | | 184.00 | | | |

**Fill in this information to identify the case:**

Debtor name __**Wilson & Associates, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __**21-10466**__

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Dubai office lease** | |
| State the term remaining | **26 months** | **Dubai Design District FZ LLC**<br>**P.O. Box 333 300**<br>**Dubai, United Arab Emirates** |
| List the contract number of any government contract | | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
| State the term remaining | **19 months** | **Global Finance Group, Inc.**<br>**2424 SE Bristol St., Ste 280**<br>**Newport Beach, CA 92660** |
| List the contract number of any government contract | | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Singapore office lease** | |
| State the term remaining | **35 months** | **Jusco Office Pte. Ltd.**<br>**12 Marina View #23-01**<br>**Asia Square Tower 2**<br>**Singapore** |
| List the contract number of any government contract | | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Los Angeles Office Lease** | |
| State the term remaining | **19 months** | **Maguire Properties**<br>**355 S, Grand, LLC Dept LA 23073**<br>**Pasadena, CA 91185-3073** |
| List the contract number of any government contract | | |

Debtor 1   **Wilson & Associates, LLC**
First Name        Middle Name        Last Name

Case number *(if known)*   **21-10466**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease at 3811 Turtle Creek Blvd, Dallas, Texas** | |
|---|---|---|---|
| | State the term remaining | **10 months** | **Metropolitan Life Insurance Co. c/o Management Agent 3811 Turtle Creek Blvd. Suite 780 Dallas, TX 75219** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **NY Office Lease** | |
|---|---|---|---|
| | State the term remaining | **84 Months** | **Piedmont 60 Broad Street, LLC 116695 John's Creek Pkwy Ste 350 Duluth, GA 30097** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **See attached list of ongoing projects** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Computer/Technology Services Lease** | |
|---|---|---|---|
| | State the term remaining | **9 months** | **Softchoice 20 Mowat Ave. Toronto, ON, M6K 3E8** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Software License** | |
|---|---|---|---|
| | State the term remaining | **28 months** | **Softchoice Corporation 314 W. Superior, Suite 301 Chicago, IL 60654** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Computer Software** | |
|---|---|---|---|
| | State the term remaining | **2 months** | **Softchoice Corporation 1310 Madrid Street Marshall, MN 56258** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Wilson & Associates, LLC** | | Case number *(if known)* | **21-10466** |
| | First Name          Middle Name          Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| government contract | |

**Attachment to Schedule G**

| Status | Description |
|---|---|
| **Active** | The project is live |
| **Inactive** | The project is inactive |
| **On Hold** | Per clients' reuqest, the project is oput on hold. Like the owner is facing financial difficulty, or the owner changes the developing plan, etc) |
| **Dead** | for some reason, the project can't be proceeded |
| **Terminated** | Client terminated Wilson |
| **Complete(finshed)** | The project is done or settled down and no outstanding AR |

# Attachment to Schedule G

# Attachment to Schedule G

*The detailed tabular content of this page is not legible at the available resolution.*

# Attachment to Schedule G

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SGP | 494900 | SETIAKASIH LUXURY CONDO, KUALA | Active | Shawn | Andy | Satin Magic Sdn Bhd (1133015-T) | JUSTIN KOK | MALAYSIA | 308,814.81 | 98.60% | Email | 304,486.61 | 245,333.92 | 286,738.25 | - | - | 13,322.14 | 19,835.52 | 8,246.68 | - | - | - | 41,404.33 | Work in progress, client will pay once completed | 8/24/20 |
| SGP | 495800 | NICCOLO HOTEL CHANGSHA ART CON | Active | Andy | Andy | WHARF CHANGSHA ESTATES LIMITED | MR ALFA LEE & MATTHEW CHEUNG | CHINA | 170,170.76 | 104.40% | Email | 177,650.58 | 155,918.35 | 177,668.35 | - | - | - | 21,750.00 | - | - | - | - | 21,750.00 | Final account completed. Balance to be write off | 8/24/20 |
| SGP | 499200 | SHANGRI-LA PHNOM PENH, CAMBODI | Active | Shawn | Andy | OXLEY GEM (CAMBODIA) CO., LTD | MR LIM THEAN HUAT / MS ELLA LAI | CAMBODIA | 1,433,500.00 | 106.45% | Email | 1,526,002.57 | 1,479,052.16 | 1,528,735.48 | 49,683.32 | - | - | - | - | - | - | - | 49,683.32 | Current running project and expecting progressive payment | 8/24/20 |
| SGP | 499400 | VENETIAN PAIZA PIT 801 REFRESH | Active | Shawn | Andy | VENETIAN MACAU LIMITED | JASON DANIELS | MACAU | 582,943.70 | 72.16% | Email | 420,674.39 | 407,452.75 | 407,554.67 | - | - | - | - | 101.92 | - | - | - | 101.92 | Payment expected in Jul 2020 | 8/24/20 |
| SGP | 499500 | VENETIAN PAIZA PIT 805, 807, 8 | Active | Shawn | Andy | VENETIAN MACAU LIMITED | JASON DANIELS | MACU | 584,425.19 | 72.44% | Email | 423,378.73 | 408,952.15 | 410,259.01 | - | - | - | 1,204.94 | 101.92 | - | - | - | 1,306.86 | Payment expected in Jul 2020 | 8/24/20 |
| SGP | 499600 | VENETIAN DIAMOND ROOM EXPANSIO | Active | Shawn | Andy | VENETIAN MACAU LIMITED | JASON DANIELS | MACU | 1,434,697.41 | 73.41% | Email | 1,053,266.59 | 999,343.81 | 1,015,781.67 | - | - | 16,335.94 | - | 101.92 | - | - | - | 16,437.86 | | 8/24/20 |
| SGP | 500300 | COLI HOTEL FUZHOU, CHINA | Active | Shawn | Andy | CHINA OVERSEAS PROPERTY CO., LTD (FUZHOU) | MR CHEN FENG | CHINA | 1,109,317.04 | 99.86% | Email | 1,107,779.34 | 1,054,662.59 | 1,105,674.93 | - | 50,840.00 | - | 172.34 | - | - | - | - | 51,012.34 | Per Phase Billing | 8/24/20 |
| SGP | 507900 | POLY PLAZA PHASE II SERVICED A | Active | Andy | Andy Png | POLY (CHENGDU) HOLDINGS CO LTD | Mr An Kang | CHINA | 662,007.60 | 84.86% | | 561,763.89 | 474,493.01 | 566,490.92 | 91,997.91 | - | - | - | - | - | - | - | 91,997.91 | Per Phase Billing | 8/24/20 |
| SGP | 502700 | SHANGRI-LA SHANGHAI HONGQIAO A | Active | Shawn | Andy | EAST CHINA ARCHITECTURAL DESIGN & RESEARCH INSTITUTE CO LTD | WU MEI | CHINA | 1,614,604.54 | 97.93% | Email | 1,581,162.99 | 1,337,339.71 | 1,416,062.98 | - | - | 78,723.27 | - | - | - | - | - | 78,723.27 | Next Schematic Design Presentation scheduled for 8 May 2020, if that gets approved, we should be able to get pay another USD 100K +/- in Jun | 8/24/20 |
| SGP | 503300 | WUHAN HUAFA WAI TAN HUI SHOW U | Active | Shawn | Andy | WUHAN HUAFA CHANGSHENG REAL ESTATE DEVELOPMENT CO., LTD | ZHU YAWEI | CHINA | 968,480.38 | 58.71% | Email | 568,600.71 | 458,785.81 | 499,260.31 | - | - | 32,962.50 | 7,512.00 | - | - | - | - | 40,474.50 | "No Awarded contractor yet SL; Will follow up with Client again, however due to the 2019-nCoV in Wuhan City, Will only forecase this collection in March / April." | 8/24/20 |
| SGP | 504400 | ROUHIGH WESTIN QINGDAO LICANG | Active | Andy | Andy | QINGDAO RONGBAO ESTATE CO., LTD | HUANG YA QIONG | CHINA | 1,269,673.70 | 72.04% | Email | 914,653.98 | 527,277.54 | 781,212.28 | 20,000.00 | 163,754.40 | - | 70,180.34 | - | - | - | - | 253,934.74 | Pending CDR approval to proceed to DD | 8/24/20 |
| SGP | 505400 | NAM NGU SERVICE APARTMENT | Active | | | | | | | | | 215,619.29 | 166,783.51 | 212,783.51 | 46,000.00 | - | - | - | - | - | - | - | 46,000.00 | | |
| SGP | 507600 | LUNENG LINGXIU MANSION LOT A H | Active | | | | | | | | | 313,633.30 | 289,383.25 | 289,383.25 | | | | | | | | | - | | |
| SGP | 507800 | COLI HOTEL & SERVICED APARTMEN | Active | Shawn | Andy | CHINA OVERSEAS PROPERTY CO., LTD (FUZHOU) | MR ZHENG LEI | CHINA | 250,288.79 | 92.30% | Email | 231,010.78 | 182,503.24 | 228,386.17 | - | - | 45,882.93 | - | - | - | - | - | 45,882.93 | Lat email to Client on 23/03/20, pending reply. | 8/24/20 |
| SGP | 508100 | WHARF SHOWFLAT OF SVC APT (4BR | Active | Shawn | Andy | WHARF (CHANGSHA) ESTATES LIMITED | MR TANG GUANG YIN | CHINA | 210,000.00 | 66.67% | Email | 140,010.13 | 118,712.51 | 122,912.51 | - | - | 4,200.00 | - | - | - | - | - | 4,200.00 | Client is restarting the project after long delay, payment will likely be in May 2020 | 8/24/20 |
| SGP | 508800 | L5 REFURBISHMENT AT ISLAND SHA | Active | Shawn Li | Andy | SHANGRI-LA INTERNATIONAL HOTELS (PACIFIC PLACE) LIMITED | MR JOE CHAN & MS JESS YEUNG | HONGKONG | 278,500.00 | 54.93% | Email | 152,979.16 | 110,659.74 | 138,509.74 | - | - | 27,850.00 | - | - | - | - | - | 27,850.00 | Per Client's email on 23/03/20, pending approval of concept. | 8/24/20 |
| SGP | 513500 | CROWNE PLAZA HANGZHOU BINJIANG | Active | Andy | Andy Png | Hangzhou Shimaoshiying Real Estate Development Inc. | Chenguang Luo | CHINA | 1,150,420.00 | 57.33% | Emails | 659,576.01 | 271,512.71 | 593,627.76 | 287,602.45 | - | 34,512.60 | - | - | - | - | - | 322,115.05 | Per Phase Billing | 8/24/20 |
| SGP | 509700 | SHANGRI-LA HOTEL KUALA LUMPUR | Active | Shawn Li | Andy | SHANGRI-LA HOTEL (KL) SDN BHD | LIM BOK SIM | MALAYSIA | 954,728.20 | 36.80% | Email | 351,350.41 | 239,773.17 | 245,950.06 | - | - | 6,176.89 | - | - | - | - | - | 6,176.89 | Email from Client dated 14 Apr informing payment of USD 68,381.35 will be in by Mid May 2020 | 8/24/20 |
| SGP | 511300 | SNOW STAR COMMERCIAL AREAS & I | Active | Shawn Li | Andy | SHANGHAI SNOW STAR PROPERTIES CO LTD | MR JACKY MAO & MS ZHANG TING | CHINA | 418,423.78 | 80.84% | Email | 338,256.37 | 264,050.91 | 307,156.63 | - | 43,105.72 | - | - | - | - | - | - | 43,105.72 | Processing DD (South area) | 8/24/20 |
| SGP | 512100 | MBS DEV 142 APEX PALACE SALONS | Active | Shawn | Andy | MARINA BAY SANDS PTE LTD | NATALIE BOO | SINGAPORE | 419,185.19 | 112.90% | | 473,249.08 | 427,920.88 | 447,603.00 | 19,682.12 | - | - | - | - | - | - | - | 19,682.12 | | |
| SGP | 512300 | LANGHAM JAKARTA HOURLY OVERSIG | Active | Shawn Li | Andy | PT. SUMBER CIPTA GRIYA UTAMA | SHERLLY HARTONO | INDONESIA | 67,021.18 | 117.41% | Email | 78,687.33 | 36,973.42 | 78,973.42 | - | 9,600.00 | 32,400.00 | - | - | - | - | - | 42,000.00 | Payment received on 6 Apr | 8/24/20 |
| SGP | 514300 | HUAFA FINANCIAL ISLAND PLOT 21 | Active | Shawn Li | Shawn Li | 珠海铧隆建筑设计咨询有限公司 | 杨崇晟 | CHINA | 430,000.00 | 90.25% | Emails | 388,063.29 | 29,292.12 | 361,917.12 | 266,100.00 | 66,525.00 | - | - | - | - | - | - | 332,625.00 | NA | 8/24/20 |
| SGP | 515800 | THE WESTIN WEIHAI KOWLOON BAY | Active | Shawn Li | Shawn Li | 华思博设计集团有限公司 | 陈伊利 | CHINA | 1,240,050.00 | 22.68% | Emails | 281,217.64 | 33,221.21 | 259,541.21 | - | 226,320.00 | - | - | - | - | - | - | 226,320.00 | NA | 8/24/20 |
| SGP | 461000 | GRAND MARINA INTERCONTINENTAL | Active | | | | | | | #DIV/0! | | | (20,203.62) | - | 20,203.62 | - | - | - | - | - | - | - | 20,203.62 | | |
| SGP | 499899 | ZHANGJIAKOU INTERCONTINENTAL R | Active | Shawn | Andy | SINOBO THAIWOO (ZHANGJIAKOU CHONGLI) CULTURAL TOURISM CO., LTD | WANG YUGANG | CHINA | 1,082,080.00 | 106.96% | Emails | 1,157,401.07 | 1,102,534.85 | 1,156,638.85 | 54,104.00 | - | - | - | - | - | - | - | 54,104.00 | | |
| SGP | 514200 | SIGNIEL HANOI & SERVICED RESID | Active | Andy | Andy | SND VINA CO LTD | MR KIM BUM JUN | VIETNAM | 1,599,000.00 | 39.12% | Emails | 625,523.08 | 296,725.53 | 456,625.53 | 159,900.00 | - | - | - | - | - | - | - | 159,900.00 | | |
| SGP | 516000 | FOUR SEASONS HOTEL, AL KHOBAR, | Active | Selina Tan | Andy | SHOMOUL HOLDING COMPANY | MR JAMES BROWN | KINGDOM OF SAUDI ARABIA | 1,572,761.90 | 13.68% | Emails | 215,151.36 | 99,925.61 | 189,270.86 | 89,345.25 | - | - | - | - | - | - | - | 89,345.25 | | |
| SGP | 518300 | CHAMPARAMA CT10 NEW WORLD , VI | Active | | | | | | | #DIV/0! | | 220,777.77 | 0.00 | 101,250.00 | 101,250.00 | - | - | - | - | - | - | - | 101,250.00 | | |
| SGP | 516100 | PARK HOUSE CONDO, 4 BEDROOM SH | Active | Selina Tan | Selina Tan | SHUN TAK CUSCADEN RESIDENTIAL PTE LTD | MR FRED CHAN | Singapore | 254,000.00 | 97.09% | Emails | 246,610.85 | 152,303.03 | 239,356.41 | 87,053.38 | - | - | - | - | - | - | - | 87,053.38 | NA | 8/24/20 |
| SHANGHAI | 509800 | Lofis Hotel | Active | Li Eileen | Li Eileen | Shanghai Lofis Hotel Management Company | Lai Guangjian | Lai Guangjian | 548,571.00 | 64.08% | contract /Email | 351,503.41 | 276,444.88 | 337,815.95 | - | 61,371.07 | - | - | - | - | - | - | 61,371.07 | Expected to be collected in October | 10/15/20 |
| SHANGHAI | 502900 | Private Villa,Haifeng, Guangdo | Active | Li Eileen | Li Eileen | Mr. Guo | Mr. Guo | CHINA | 425,714.29 | 106.49% | contract /Email | 453,361.84 | 425,033.31 | 455,393.04 | 30,359.73 | - | - | - | - | - | - | - | 30,359.73 | | |
| SHANGHAI | 513301 | KUALA LUMPUR APARTMENT | Active | Li Eileen | Li Eileen | Mr. Guo | Mr. Guo | Malaysia | 354,086.00 | 80.25% | | 284,141.76 | 263,149.85 | 319,539.11 | 56,389.25 | - | - | - | - | - | - | - | 56,389.25 | | |
| SHANGHAI | 415502 | DOUBLETREE HOTEL JIANGMEN | Inactive | Li Eileen | Li Eileen | JADE LAKE PROPERTIES(JIANGMEN) LTD. | Miss. John Liang | CHINA | 248,775.00 | 4.72% | contract /Email | 11,736.30 | 5,868.15 | 11,736.30 | - | - | - | - | 5,868.15 | - | - | - | 5,868.15 | Bad debts | 8/19/20 |

# Attachment to Schedule G

# Attachment to Schedule G

| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABU DHABI | 489900 | THE JUMEIRAH TOWERS MAKKAH | Active | Isabel Pintado | Isabel Pintado | JODC | ADBULILLAH A KURDI | SAUDI ARABIA | 445,533.77 | 22.32% | Emails and submissions | | 99,451.67 | 380,511.39 | 400,541.61 | - | - | - | - | 44,994.49 | - | - | - | 44,994.49 | Collectible | Already fully invoiced should be no CIE | 8/19/20 |
| ABU DHABI | 491000 | LANDMARK TOWER 4 STAR HOTEL | Inactive | Mazen Khalifa | Iain Mclaughlin | PLEASE SEE COMMENTS - THIS PROJECT NEVER STARTED | SIMON CHAMBERS | UAE | 580,882.00 | 0.00% | | | - | 580,882.00 | 667,995.37 | - | - | - | - | (87,117.88) | - | - | - | (87,117.88) | Uncollectible | terminated in 2017 and settled project without payemnt for 95 % completed DD Phase | 10/26/2020 JL |
| ABU DHABI | 494500 | WESTIN RAK | Active | Iain | Iain | THIS IS NOT AN MEA PROJECT | | | THIS IS NOT AN MEA PROJECT | #VALUE! | THIS IS NOT AN MEA PROJECT | | 13,615.33 | THIS IS NOT AN MEA PROJECT | THIS IS NOT AN MEA PROJECT | - | - | - | - | 13,615.33 | - | - | - | 13,615.33 | THIS IS NOT AN MEA PROJECT | THIS IS NOT AN MEA PROJECT | 8/19/20 |
| ABU DHABI | 501100 | KINTSUGI WELLNESS SPA | Active | Iain Mclaughlin | Iain Mclaughlin | H20 | TALEEN KIRRESH | UAE | 384,741.06 | 100.00% | Emails and submissions | | 384,740.01 | 368,893.60 | 365,505.05 | - | - | 4,632.27 | 14,604.73 | - | - | - | - | 19,237.00 | Collectible | Project value incorrect - SSAs missing - good client not bad debt nad no CIE apart from part phase completion not yet able to invoice | 8/19/20 |
| ABU DHABI | 504800 | MARSA AL ARAB | Active | Iain Mclaughlin | Iain Mclaughlin | ASGC | TREVOR MALTMAN | UAE | 3,589,918.26 | 87.66% | Emails and submissions | | 3,146,831.18 | 1,338,982.91 | 1,709,882.47 | 25,900.79 | - | 902,310.40 | 508,649.06 | - | - | - | - | 1,436,860.25 | Collectible | In process of signing approval of USD 827,000 variations - client will pay and all CIE converted in 2020 | 8/19/20 |
| ABU DHABI | 504900 | WESTIN RAS AL KHAIMA | Active | Iain Mclaughlin | Iain Mclaughlin | SSH INTERNATIONAL ENGINEERING CONSULTANTS LLC | MICHAEL BYRON | UAE | 1,076,294.28 | 96.71% | Emails and submissions | | 1,040,907.57 | 298,954.87 | 714,521.88 | 10,506.54 | 19,863.26 | 295,978.93 | - | - | - | - | - | 326,348.73 | Collectible | Project will be completed in Dec | 10/26/2020 JL |
| ABU DHABI | 504901 | Westin Ras AL Khaima - Sub Consultants | | | | | | | | #DIV/0! | | | 187,023.51 | | | - | - | 13,524.99 | 173,498.53 | - | - | - | - | 187,023.51 | | Project will be completed in Dec | 10/26/2020 JL |
| ABU DHABI | 480000 | THE ADDRESS AL MAJAN VIEW ISLAND RAK | | Iain | Iain Mclaughlin | MIRAGE LEISURE AND DEVELOPMENT | TREVOR A. PEREIRA | UAE | 1,498,637.60 | 73.49% | contract, invoices, payments and timesheets | | 1,101,328.48 | please refer to Dallas Records - we have no accounting system in DXB | please refer to Dallas Records - we have no accounting system in DXB | - | - | - | - | - | 504,994.81 | - | - | 504,994.81 | Uncollectible | Project cancelled/terminated ansd settled | 8/19/20 |
| ABU DHABI | 490700 | CMC CONTRACT MANUFATURE PTE LTD OFFICES | finshed | Iain | Iain Mclaughlin | CMC | | | 44,662.00 | 99.98% | timesheets | | 44,654.89 | please refer to Dallas Records - we have no accounting system in DXB | please refer to Dallas Records - we have no accounting system in DXB | - | - | - | - | 11,980.58 | - | - | - | 11,980.58 | Uncollectible | cancelled befoere completion | 8/19/20 |
| ABU DHABI | 492400 | JABAL OMAR OBEROI HOTEL | finshed | Iain | Iain Mclaughlin | JODC | ADBULILLAH A. KURDI | MAKKAH | 430,000.00 | 99.98% | contract | | 429,928.58 | please refer to Dallas Records - we have no accounting system in DXB | please refer to Dallas Records - we have no accounting system in DXB | - | - | - | (60.53) | - | - | - | - | (60.53) | its a negative balance - so how can i project an date ? | | 8/19/20 |
| ABU DHABI | 492500 | PALACE DOWNTOWN | active | Iain | Iain Mclaughlin | EMAAR | Alain Kallas | UAE | 217,983.48 | 99.93% | contract, invoices, payments and timesheets | | 217,828.74 | please refer to Dallas Records - we have no accounting system in DXB | please refer to Dallas Records - we have no accounting system in DXB | - | - | 11,908.15 | - | - | - | - | - | 11,908.15 | Collectible | Project ongoing but stop start renovation - no bad debt | 8/19/20 |
| ABU DHABI | 495000 | CHILL SKYBAR | Inactive | Iain | Iain | CMC | | VIETNAM | 70,000.00 | 106.07% | contract, invoices, payments and timesheets | | 74,248.16 | | | - | - | - | (1,749.70) | - | - | - | - | (1,749.70) | its a negative balance - so how can i project an date ? | | 8/19/20 |
| ABU DHABI | 497000 | JABAL OMAR OBEROI HOTEL | Inactive | Iain | Iain | JODC | ADBULILLAH A. KURDI | KSA | 310,000.00 | 100.00% | contract, invoices, payments and timesheets | | 309,988.82 | 279,000.00 | 279,000.00 | - | - | - | (3.75) | - | - | - | - | (3.75) | its a negative balance - so how can i project an date ? | | 8/19/20 |
| ABU DHABI | 498800 | JABAL OMAR H HOTEL | Inactive | Iain | Iain Mclaughlin | JODC | ADBULILLAH A. KURDI | MAKKAH | 405,000.00 | 99.99% | contract, invoices, payments and timesheets | | 404,973.31 | 405,000.00 | 405,000.00 | - | - | - | 7.39 | - | - | - | - | 7.39 | uncollectible | It should be FX difference and written off | 8/19/20 |
| ABU DHABI | 504500 | UAE PAVILLION | Active | Iain | Iain Mclaughlin | UAE PAVILLION EXPO 2020 | MR MUBARAK AL DHAHERI | UAE | 432,152.59 | 19.46% | | | 84,107.27 | 224,788.68 | 224,788.68 | - | - | - | 84,107.27 | - | - | - | - | 84,107.27 | uncolectible | We submitted concept as design competition and were verbally awarded the project with understadning Concept approved - client then failed to complete the award | 8/19/20 |
| ABU DHABI | 512600 | SHANGRI LA BAHRAIN CITY | Active | Iain | Iain Mclaughlin | BENOY | RAYMOND PARK | BAHRAIN | 3,283,233.00 | 21.37% | Contract + timesheets | | 701,772.64 | 227,904.71 | 487,191.45 | 64,813.79 | 134,097.49 | 15,644.71 | - | - | - | - | - | 214,555.99 | Collectible | New invoice for usd 135,273 raised waiting validation opf percentage by client before submitting to Dallas | 8/19/20 |
| ABU DHABI | 487402 | DUBAI HILLS GOLF PLACE VILLA CA PHASE | Active | Mazen Khalifa | Iain Mclaughlin | EMAAR | RHYS WARE | UAE | 297,251.37 | 31.29% | contract, invoices, payments and timesheets | | 92,999.26 | 57,156.11 | 204,215.00 | 2,709.66 | 9,877.48 | - | - | - | - | - | - | 12,587.14 | | LIVE PROJECT | 8/19/20 |
| ABU DHABI | 489812 | PORTO ISLAND MUR REDESIGN | Active | Mazen Khalifa | Iain Mclaughlin | MIRAGE LEISURE AND DEVELOPMENT | NASSOS FATSEAS | UAE | 1,149,207.36 | 1.02% | contract, invoices, payments and timesheets | | 11,708.29 | 552,428.29 | 701,115.88 | - | - | 11,708.29 | - | - | - | - | - | 11,708.29 | Collectible | LIVE PROJECT | 8/19/20 |
| ABU DHABI | 489815 | PORTO ISLAND EXTERNAL AREAS | Active | Mazen Khalifa | Iain Mclaughlin | MIRAGE LEISURE AND DEVELOPMENT | NASSOS FATSEAS | UAE | 1,149,207.36 | 21.15% | contract, invoices, payments and timesheets | | 243,047.86 | 552,428.29 | 701,115.88 | 34,026.70 | - | - | - | - | - | - | - | 34,026.70 | Collectible | LIVE PROJECT | 8/19/20 |
| ABU DHABI | 496914 | ADDRESS MARASSI POOL BAR, ROOF TOP | Active | Isabel Pintado | Isabel Pintado | EMAAR MISR | ADEL AMIN | EYGPT | 304,414.17 | 1.15% | contract, invoices, payments and timesheets | | 3,512.49 | 268,616.24 | 304,198.66 | - | - | 3,512.49 | - | - | - | - | - | 3,512.49 | Collectible | LIVE PROJECT | 8/19/20 |
| ABU DHABI | 496915 | ADDRESS MARASSI ADD FFE & SPECIALIST LIGHTING | Active | Isabel Pintado | Isabel Pintado | EMAAR MISR | ADEL AMIN | EYGPT | 304,414.17 | 3.44% | contract, invoices, payments and timesheets | | 10,483.01 | 268,616.24 | 304,198.66 | - | - | 10,483.01 | - | - | - | - | - | 10,483.01 | Collectible | LIVE PROJECT | 8/19/20 |
| ABU DHABI | 501102 | KINTSUGI SPA SSA | Active | Iain Mclaughlin | Iain Mclaughlin | H20 | TALEEN KIRRESH | UAE | 385,013.62 | 19.84% | contract, invoices, payments and timesheets | | 76,403.70 | 279,003.90 | 275,187.12 | - | - | 2,207.69 | - | - | - | - | - | 2,207.69 | Collectible | LIVE PROJECT | 8/19/20 |
| ABU DHABI | 513800 | RIYADH CAPITAL F&B | Active | Iain | Iain | EHAF CONSULTING ENGINEERS, KSA BRANCH | | KSA | 396,371.12 | 36.76% | Contract + timesheets | | 145,686.84 | 56,306.93 | 56,306.93 | 7,825.08 | 44,479.40 | 37,066.39 | - | - | - | - | - | 89,370.87 | Collectible | LIVE PROJECT | 8/19/20 |
| ABU DHABI | 513801 | Riyadh Capital F&B - BURJ RAFAL | Active | Iain | Iain | EHAF CONSULTING ENGINEERS, KSA BRANCH | | KSA | 231,514.71 | 63.45% | contract, invoices, payments and timesheets | | 146,907.54 | please refer to Dallas Records - we have no accounting system in DXB | please refer to Dallas Records - we have no accounting system in DXB | 49,740.35 | 16,194.53 | 80,972.66 | - | - | - | - | - | 146,907.54 | Collectible | LIVE PROJECT | 8/19/20 |
| ABU DHABI | 514600 | CORNICHE PARK TOWERS | Active | Iain | Iain | Arab Engineering Bureau | K. Suresh Chandran | Qatar | 2,098,990.54 | 54.20% | Contract + timesheets | | 1,137,562.53 | 707,195.93 | 707,195.93 | 303,274.31 | 218,297.79 | - | - | - | - | - | - | 521,572.10 | Collectible | LIVE PROJECT | 8/19/20 |
| ABU DHABI | 514800 | HAKKASAN UWALK RIYADH | Active | Iain | Iain | MAJD AL MUSTAQBAL CO. LTD. | Gino Solak | KSA | 670,876.00 | 7.74% | contract, invoices, payments and timesheets | | 51,900.09 | please refer to Dallas Records - we have no accounting system in DXB | please refer to Dallas Records - we have no accounting system in DXB | - | - | 51,900.09 | - | - | - | - | - | 51,900.09 | Collectible | PROJECT ON HOLD | 8/19/20 |
| ABU DHABI | 448699 | DUBAI HILLS ABU DHABI HRS | | | | | | | | #DIV/0! | | | | | | - | - | - | - | - | - | (1.42) | - | (1.42) | | | |
| ABU DHABI | 451100 | MAKKAH CA SERVICES | Active | Iain Mclaughlin | Iain Mclaughlin | JODC | MAHMOUD NOUH | SAUDI ARABIA | Hourly | #VALUE! | Timesheets | | 5,358,332.90 | 4,175,115.23 | 5,308,775.38 | - | - | - | - | - | - | (0.87) | - | (0.87) | COLLECTIBLE | Currently working with the client to collect - this client is always very slow but has always paid in the past 7 years. The total AR does not take into account the salaries and other staff deductions being paid by the client directly on behalf of WA. | |
| ABU DHABI | 462200 | VVIP PENTHOUSE | Inactive | Firas Alsalih | Iain Mclaughlin | CPD MIDDLE EAST LLC | ISAM DAHMASH CPD Middle East Co LLC | UAE | 739,729.00 | 99.93% | Emails, Legal letter and client certified invoices - CPD MEA closed down according to Firas Al Salih | | 739,189.65 | 408,214.89 | 739,190.12 | - | - | - | - | - | - | (0.47) | - | (0.47) | UNCOLLECTIBLE | CPD is/was owned by a friend of Firas - according to Firas he closed his business however Firas was trying to request Khaldoon Mubarak to assist with payment as Abu Dhabi Royal family | |
| ABU DHABI | 465901 | VIVANTA BY TAJ, JLT HEALTH CLUB | | | | | | | | #DIV/0! | | | 61,264.28 | | | - | - | - | - | - | 7,193.74 | - | - | 7,193.74 | | | |
| ABU DHABI | 465910 | TAJ VIVANTA CA PHASE | | | | | | | | #DIV/0! | | | 473,516.38 | | | - | - | - | 13,134.80 | - | - | - | - | 13,134.80 | | | |
| ABU DHABI | 479003 | THE ADDRESS GOLF CLUB DESIGN & CA | | | | | | | | #DIV/0! | | | 28,113.52 | | | - | - | - | - | 28,113.52 | - | - | - | 28,113.52 | | | |
| ABU DHABI | 479004 | THE ADDRESS DUBAI HILLS GOLF CLUB VILLAS | | | | | | | | #DIV/0! | | | 40,842.89 | | | - | - | - | 1,906.00 | - | - | - | - | 1,906.00 | | | |
| ABU DHABI | 482401 | Marassi H9 Hotel Add Service | | | | | | | | #DIV/0! | | | (51,595.23) | | | - | - | - | (51,598.32) | - | - | - | - | (51,598.32) | | | |
| ABU DHABI | 482413 | MARASSI | | | | | | | | #DIV/0! | | | 75,183.50 | | | 30,974.18 | 23,679.02 | - | - | - | - | - | - | 54,653.20 | | | |
| ABU DHABI | 489902 | JUMEIRAH TOWER MAKKAK VIP SUITES | | | | | | | | #DIV/0! | | | 44,998.79 | | | - | - | - | - | (44,999.00) | - | - | - | (44,999.00) | | | |
| ABU DHABI | 501101 | KINTSUGI WELLNESS SPA SSA01 | | | | | | | | #DIV/0! | | | 202,757.17 | | | - | - | 5,002.02 | 63,639.08 | - | - | - | - | 68,641.10 | | | |
| ABU DHABI | 504801 | MARSA AL ARAB SSA | | | | | | | | #DIV/0! | | | 820,359.71 | | | 203,511.20 | - | - | - | - | - | - | - | 203,511.20 | | | |
| ABU DHABI | 517600 | UAE RESIDENTIAL COMPLEX RIYADH | | | | | | | | #DIV/0! | | | 1,008,819.34 | 186,233.94 | 620,779.79 | 388,007.44 | - | - | - | - | - | - | - | 388,007.44 | | | |
| ABU DHABI | 466902 | VICEROY ARZANA REDESIGN | Active | | | | | | | #DIV/0! | | | 74,594.14 | | | 74,594.14 | - | - | - | - | - | - | - | 74,594.14 | | | |
| ABU DHABI | 482415 | MARASSI H9 | Active | | | | | | | #DIV/0! | | | 15,004.08 | | | 15,004.08 | - | - | - | - | - | - | - | 15,004.08 | | | |
| ABU DHABI | 489820 | PORTO ISLAND BELLAGIO | Active | | | | | | | #DIV/0! | | | 193,095.86 | | | 193,095.86 | - | - | - | - | - | - | - | 193,095.86 | | | |
| ABU DHABI | 479301 | MARRIOTT TAGHAZOUT | | | | | | | | #DIV/0! | | | 69,973.55 | | | 69,973.55 | - | - | - | - | - | - | - | 69,973.55 | | | |
| ABU DHABI | 496200 | HOLIDAY INN LARN ISLAND | | | | | | | 266,666.67 | 13.63% | | | 36,352.97 | 77,360.91 | 134,903.07 | 36,352.97 | - | - | - | - | - | - | - | 36,352.97 | | | |
| ABU DHABI | 497700 | HOLIDAY INN KHAO LAK | | | | | | | 266,666.67 | 22.78% | | | 60,737.09 | 57,050.86 | 93,281.10 | 60,737.09 | - | - | - | - | - | - | - | 60,737.09 | | | |
| ABU DHABI | | FX adjustment in US account | | | | | | | | #DIV/0! | | | | | | - | 8.46 | 0.13 | 138.42 | 13.49 | - | - | - | 160.51 | | | |
| SHANGHAI | 474200 | ZHENGHONG INTERNATIONAL PLAZA | completed | Li Eileen | Li Eileen | JINJI REAL ESTATE DEVELOPMENT(ZHENGZHOU)CO.,LTD. | Mr. Hou Wenfeng | CHINA | 571,428.57 | 86.46% | contract /Email | | 494,039.83 | 571,428.57 | 571,428.57 | - | - | - | (21,394.30) | - | (95,831.50) | - | - | (117,225.80) | completed | CIE is 0, project is completed | 8/20/20 |
| SHANGHAI | 505899 | TAIKANG HUIYUAN CLUBHOUSE | Active | Niya Li | Niya Li | TAIKANG HUIYUAN HEFEI REALESTATE COMPANY | Ms. Sun Shanshan | CHINA | 650,068.00 | 91.37% | contract /Email | | 593,942.51 | 322,983.77 | 322,983.77 | 42,848.61 | 149,340.41 | 69,591.75 | - | - | - | - | - | 261,780.77 | Collectible | | 8/20/20 |
| SHANGHAI | 474800 | SHANGHAI QINGLAN INTERNATIONAL | Active | Li Eileen | Li Eileen | Shanghai Zhonghan Properties Co., Ltd. | Ms. Wan Zhuhong | CHINA | 667,681.00 | 72.41% | contract /Email | | 483,470.36 | 313,099.06 | 313,099.06 | 496.00 | 522.66 | 63,700.85 | 4,068.79 | 66,337.06 | - | - | - | 135,125.36 | Collectible | | 8/20/20 |
| SHANGHAI | 482000 | XIANGFU GARDEN | transfer to SGP | Li Eileen | Li Eileen | Shanghai Xiangfu Real Estate Development Co., Ltd. | Mr. Chou Yufeng | CHINA | 500,000.00 | 4.50% | contract /Email | | 22,523.92 | 74,371.68 | 74,371.68 | - | - | - | - | - | (57,704.70) | - | - | (57,704.70) | | Terminated. Final Account in progress.(The remain revenue was transferred to SGP), the collection is prepayment | 8/20/19 |
| SHANGHAI | 485800 | ZHENGZHOU CENTRAL PARK | terminated | Li Eileen | Li Eileen | Henan Zhenghong industrial limited company | Mr. Wang Jingfeng | CHINA | 148,500.00 | 42.79% | contract | | 63,542.65 | 59,397.25 | 59,397.25 | - | - | 1.59 | - | - | - | - | - | 1.59 | Uncollectible | Terminated | 8/20/20 |
| SHANGHAI | 485900 | ZHENGZHOU XIKAIBEIYI | terminated | Li Eileen | Li Eileen | Henan Zhenghong Gaoxin industrial limited company | Mr. Wang Jingfeng | CHINA | 200,000.00 | 51.04% | contract | | 102,079.40 | 95,158.53 | 95,158.53 | - | - | - | - | - | (1.96) | - | - | (1.96) | Uncollectible | Terminated | 8/20/20 |
| SHANGHAI | 487900 | ZHENZHOU GROUP CHAIRMAN | terminated | Li Eileen | Li Eileen | JINJI REAL ESTATE DEVELOPMENT (ZHENGZHOU) CO., LTD | Mr. Wangjingfeng | CHINA | 33,571.43 | 106.97% | contract | | 35,911.86 | 20,299.09 | 20,299.09 | - | - | - | - | - | 14,364.74 | - | - | 14,364.74 | Uncollectible | Terminated, remaining revenue recognized was not accepted by the client. | 8/20/20 |
| SHANGHAI | 489600 | K Pro Hangzhou 5050 | terminated | William | William | Yum China Holdings, Inc | Eric Zheng | CHINA | 34,285.71 | 107.51% | contract | | 36,859.32 | 29,202.69 | 29,202.69 | - | - | - | 5,501.39 | - | - | - | - | 5,501.39 | Uncollectible | Terminated | 8/20/20 |
| SHANGHAI | 493400 | Kunming Vanke sales center | terminated | Li Eileen | Li Eileen | Kunming vanke real estate development co. LTD. | Mr. Zheng Xiongfei | CHINA | 324,285.71 | 23.56% | contract | | 76,385.89 | 32,880.30 | 32,880.30 | - | - | - | - | 41,696.57 | - | - | - | 41,696.57 | Uncollectible | Terminated, remaining revenue recognized was not accepted by the client. | 8/20/20 |
| SHANGHAI | 499900 | Zhangjiakou Even Hotel by Sinobo | Active | Li Eileen | Li Eileen | Sinobo Thaiwoo(Zhangjiakou Chongli)Cultural Tourism Co., Ltd | Wang Yugang | CHINA | 456,142.86 | 105.18% | contract /Email | | 479,764.86 | 433,481.38 | 433,481.38 | 1,175.94 | 1,661.44 | 13,381.83 | - | - | - | - | - | 16,219.22 | Collectible | | 8/20/20 |
| SHANGHAI | 502900 | Private Villa Haifeng Guangdong | Active | Li Eileen | Li Eileen | Mr. Guo | Mr. Guo | CHINA | 425,714.29 | 106.49% | contract /Email | | 453,361.84 | 397,599.34 | 397,599.34 | (2,031.21) | - | - | - | - | - | - | - | (2,031.21) | Collectible | | 8/20/20 |
| SHANGHAI | 503399 | HUAFA WUHAN WAITANHUI SHOWFLAT D2 | Active | Li Eileen | Li Eileen | Mr. TIANWEI | Mr. TIANWEI | CHINA | 200,000.00 | 102.39% | contract | | 204,773.98 | 188,291.30 | 188,291.30 | - | - | - | 3,395.52 | - | - | - | - | 3,395.52 | Collectible | SUB AGREENMENT UNDER SGP, the amount are all on SH side in this spreadsheet . please check with SGP for main contract value | 8/20/20 |
| SHANGHAI | 503400 | YONGTAI HOT SPRING HOTEL | On Hold | Li Eileen | Li Eileen | Fujian Province Wuhuan Hospitality Management | Mr Zhou Qiang | CHINA | 685,714.29 | 99.14% | Email & Meeting notes | | 679,817.84 | 532,563.74 | 532,563.74 | - | 6,975.76 | 72,258.93 | 32,106.12 | - | - | - | - | 111,340.81 | Collectible | client terminated this project, PM still communicate with cilent for our outstanding | 8/20/20 |
| SHANGHAI | 505000 | Yanqing Winter Olympics Projects | Active | Li Eileen | Li Eileen | Beijing Guojia Alpine Skiing Co., Ltd | Xiao Jie | CHINA | 1,985,714.29 | 44.76% | Email & Meeting notes | | 888,786.03 | 828,047.40 | 853,902.75 | (22,473.49) | - | - | - | - | - | - | - | (22,473.49) | Collectible | | 8/20/20 |
| SHANGHAI | 508400 | Seagull Hotel Design Competition | completed | Jess | Jess | Seagull hotel, Shanghai International Seafarers Club | Xingxiang Lu | CHINA | 25,415.11 | 108.23% | contract | | 27,506.95 | - | - | | | | | | | | | - | Uncollectible | client has not replied any informaiton to our BD team. | 8/20/20 |
| SHANGHAI | 509000 | TongMao Hotel | Active | Li Eileen | Li Eileen | Shanghai Xiandai Architectural and Landscape Design Research Institute Co., Ltd | Yu Yi Wen | CHINA | 85,714.29 | 106.97% | contract | | 91,689.84 | 60,280.87 | 60,280.87 | 1,485.38 | 308.08 | 5,974.51 | 19,738.99 | - | - | - | - | 27,506.95 | Collectible | SH office will only receive it after SXADL received the payment | 8/20/20 |
| SHANGHAI | 509800 | Lofis Hotel | Active | Li Eileen | Li Eileen | Shanghai Lofis Hotel Management Company | Lai Guangjian | CHINA | 625,714.29 | 56.18% | contract /Email | | 351,503.41 | 273,866.84 | 334,665.58 | 3,063.17 | 10,624.29 | - | - | - | - | - | - | 13,687.46 | Collectible | | 8/20/20 |
| SHANGHAI | 510500 | Shenzhen Qianhai T102-0262 Serviced Apartment | Active | Crystal Yue | Crystal Yue | Shenzhen Qianjin Real Estate Co., Ltd. | Ms. Lea Xu | CHINA | 463,276.57 | 52.42% | contract /Email | | 242,854.42 | 66,965.43 | 66,965.43 | 24,632.59 | - | - | - | - | - | - | - | 24,632.59 | Collectible | | 8/20/20 |
| SHANGHAI | 511600 | Hyatt Regency & Kapok Hotel | On Hold | Li Eileen | Li Eileen | Shanghai Construction Group CO.,LTD./Shanghai Construction Design & Research Institute CO., LTD. | Zhanghuan | CHINA | 1,240,000.00 | 13.12% | Email & Meeting notes | | 162,650.15 | | | - | - | 139,210.90 | 23,439.26 | - | - | - | - | 162,650.15 | Uncollectible | ON HOLD, NO MORE INFORMATION | 8/20/20 |
| SHANGHAI | 512500 | Shanwei Villa FF&E Procurement | Active | William | William | Mr. Guo | Mr. Guo | CHINA | 1,600,000.00 | 107.66% | contract /Email | | 1,722,512.91 | 1,280,000.00 | 1,279,997.46 | 317,628.90 | - | - | - | - | - | - | - | 317,628.90 | Collectible | | 8/20/20 |
| SHANGHAI | 512700 | Design Guidleine for Crowne Plaza-Lobby & Lobby Lounge & Fle | Active | Li Eileen | Li Eileen | intercontinetal hotel group shanghai ltd | Joy Yang | CHINA | 28571 | 53.49% | contract /Email | | 15,283.47 | 14,279.72 | 14,279.72 | - | 1.83 | - | - | - | - | - | - | 1.83 | Collectible | | 8/20/20 |
| SHANGHAI | 513300 | MANILA PENTHOUSE | Active | Li Eileen | Li Eileen | Mr. Guo | Mr. Guo | Philippines | 601659 | 79.42% | | 0 | 477,859.92 | 341,617.44 | 341,617.44 | 30,719.12 | - | - | - | - | - | - | - | 30,719.12 | Collectible | | 8/20/20 |
| SHANGHAI | 513301 | KUALA LUMPUR APARTMENT | Active | Li Eileen | Li Eileen | Mr. Guo | Mr. Guo | Malaysia | 354086 | 80.25% | | 0 | 284,141.76 | 201,047.59 | 201,047.59 | (35,397.34) | - | - | - | - | - | - | - | (35,397.34) | Collectible | | 8/20/20 |
| SHANGHAI | 513302 | DUBAI APARMENT | Active | Li Eileen | Li Eileen | Mr. Guo | Mr. Guo | UAE | 141059 | 88.13% | | 0 | 124,313.40 | 80,092.13 | 80,092.13 | (2,982.67) | - | - | - | - | - | - | - | (2,982.67) | Collectible | | 8/20/20 |
| SHANGHAI | 464898 | SHANGHAI FUXING ROYALE NORTH PLOT CLUBHOUSE & CAFE BAR | Active | | | | | | | #DIV/0! | | | 118,009.47 | | | - | - | - | 0.01 | - | - | - | - | 0.01 | | | |
| SHANGHAI | 442097 | COTAI LISBOA PALACE - SHANGHAI HOURS | Active | | | | | | | #DIV/0! | | | 355,558.03 | | | - | - | - | - | - | 253,384.21 | - | - | 253,384.21 | | | |
| SHANGHAI | 415501 | DOUBLETREE HOTEL JIANGMEN | Active | | | | | | | #DIV/0! | | | 45,192.34 | | | - | - | - | - | 7,429.80 | - | - | - | 7,429.80 | | | |
| SHANGHAI | 482199 | INSPIRE - SHANGHAI HOURS | Active | | | | | | | #DIV/0! | | | 775,315.55 | | | - | - | - | - | 39,062.47 | 166,400.44 | - | - | 205,462.91 | | | |
| SHANGHAI | 474802 | SHANGHAI QINGLAN INTERNATIONAL | Active | | | | | | | #DIV/0! | | | 292,314.67 | | | 26,184.90 | - | - | - | - | - | - | - | 26,184.90 | | | |
| SHANGHAI | 482198 | Inspire integrated resort project, Incheon, Korea | Active | | | | | | | #DIV/0! | | | | | | - | - | - | - | 22,466.49 | - | - | - | 22,466.49 | | | |
| SHANGHAI | 517300 | Online Casino & Golden Bay | Active | | | | | | | #DIV/0! | | | 183,513.26 | | | 5,825.98 | - | - | - | - | - | - | - | 5,825.98 | | | |
| SHANGHAI | 517200 | Grand Hyatt Resort Hotel & Residences | Active | | | | | | | #DIV/0! | | | 143,351.35 | | | 58,715.51 | - | - | - | - | - | - | - | 58,715.51 | | | |
| SHANGHAI | 505099 | Yanqing Winter Olympics (OSR) | Active | | | | | | | #DIV/0! | | | 53,180.11 | | | 8,863.35 | - | - | - | - | - | - | - | 8,863.35 | | | |
| SHANGHAI | 517800 | RITZ CARLTON DESIGN COMPETITION | Active | | | | | | | #DIV/0! | | | 45,844.92 | | | - | 45,844.92 | - | - | - | - | - | - | 45,844.92 | | | |
| SHANGHAI | 515900 | Shenzhen Evergrande Clubhouse Project | Active | Crystal Yue | Crystal Yue | Evergrande group | Mr. Tu Fang | CHINA | 40000 | 103.94% | contract /Email | | 41,577.60 | 20,803.15 | 41,606.30 | - | (1,211.00) | - | - | - | - | - | - | (1,211.00) | Collectible | | 8/20/20 |
| BANGKOK | 501000 | BANYAN TREE BANGKOK PHASE 2, T | Active | SGP/ ANDY PNG | Iain Mclaughlin | THAI WAH PLAZA LIMITED (BRANCH 2) | to be confirmed by SGP team | THAILAND | 363,333.00 | 90.90% | | 0 | 330,274.07 | 163,621.01 | 282,478.75 | - | - | 31,938.92 | 15,168.31 | - | - | - | - | 47,107.23 | collectible | Project now handled by SGP office | 8/19/20 |
| BANGKOK | 507500 | HILTON PATTAYA RENOVATION, THA | Active | SGP/ ANDY PNG | Iain Mclaughlin | | | THAILAND | 75,039.85 | 89.65% | package submissions and timesheets | | 67,270.94 | SGP to confirm | SGP to confirm | - | - | 12,675.86 | - | - | - | - | - | 12,675.86 | collectible | Project now handled by SGP office | 8/19/20 |
| BANGKOK | 496200 | HOLIDAY INN RESORT KOH LARN, THAILAND | Active | Iain Mclaughlin | Iain Mclaughlin | RATANAKORN ASSET CO ltd | Jugkarut Ruangratanakorn | THAILAND | 266,666.67 | 55.71% | | 0 | 148,548.46 | 77,360.91 | 134,903.07 | - | - | - | 13,316.78 | - | - | - | - | 13,316.78 | collectible | Project under novation to new Architects and payment is part of novation | 8/19/20 |
| BANGKOK | 508200 | T-JUNCTION PROJECT (M GALLERY PHUKET ARCHITECTURE), THAILAND | closed | Iain Mclaughlin | Iain Mclaughlin | | | THAILAND | 177,845.00 | 59.01% | package submissions and timesheets | | 104,947.29 | SGP to conmfirm | SGP to conmfirm | - | - | - | 15,488.77 | - | - | - | - | 15,488.77 | collectible | The T junction project stopped before we took over BKK and was closed as far as I understand | 8/19/20 |
| SGP | 412500 | WESTIN HOTEL WENZHOU | Active | Andy | Andy | WENZHOU WESTIN HOTEL INVESTMENT COMPANY LIMITED | MS. ZHANG | CHINA | 2,270,000.00 | 59.36% | Email | | 1,347,435.79 | 1,321,545.93 | 1,321,545.93 | - | 2,299.85 | - | - | - | - | - | - | 2,299.85 | uncollectible | 4125-Westin Wenzhou is a 10 years old project going way back from year 2010 when the project first started and it took many hours to collate them again for recap.please find attached herewith all bank receipts, payment summary, 4 contracts of project #4125 and an email exchanged between Client and WASG for the last payment $20,000 due to us. Kindly note that total revenue US$(960,000 + 250,000 + 100,000 + 10,000) has been recognised and invoiced in full. Current AR outstanding is the last $20,000 where Client is holding back payment due to defects on site and Covid-19 pandemic. | 8/28/20 |
| SGP | 425300 | LIGANG SHERATON HOTEL, HUANGSHAN, CHINA | Dead | Andy | Andy | HUANGSHAN GANG RONG REAL ESTATE DEVELOPMENT CO LTD | MR STEVEN YANG | CHINA | 1238000 | 95.70% | Emails | | 1,184,802.15 | - | 1,074,100.88 | - | - | - | - | - | - | 62,071.84 | - | 62,071.84 | Uncollectible | NA | 8/24/20 |
| SGP | 444100 | KUTA ICON | terminated | Andy | Andy | PT PAMOR PARAMITA UTAMA | MS. CINANTYA VIKA INTARI | INDONESIA | 838000 | 89.38% | Email | | 749,006.24 | 647,201.19 | 728,301.19 | - | - | - | - | - | 13,525.07 | - | - | 13,525.07 | Uncollectible | NA | 8/24/20 |
| SGP | 447000 | HYATT REGENCY HOTEL CHONGLI | On Hold | Andy | Andy | CHONGLI THAIWOO TOURISM RESORT CO., LTD | MR. SONG QI YUN | CHINA | 1,356,000.00 | 96.09% | Email | | 1,302,947.49 | 1,166,241.42 | 1,270,441.42 | - | - | - | - | 18,039.09 | 1,942.30 | - | - | 19,981.38 | collectible | Had been following up with Client since beginning of 2020. Client is using COVID 19, office closure etc as reason and not commiting to anything. | 8/24/20 |
| SGP | 448500 | UNION SUN INTERNATIONAL | On Hold | Andy | Andy | UNIONSUN INTERNATIONAL GROUP LIMITED | MR. WU KAN | CHINA | 1,117,588.21 | 57.63% | Email | | 644,010.21 | 57,155.61 | 110,590.30 | - | - | - | - | 23,740.74 | 154,571.55 | 360,366.36 | - | 538,678.65 | Uncollectible | NA | 8/24/20 |
| SGP | 450900 | THE ONE RITZ CARLTON | Dead | Andy | Andy | BITEXCO GROUP OF COMPANIES - HO CHI MINH CITY BRANCH | MR FRANK SANTAGATA/MS CARMILA | VIETNAM | 1,995,000.00 | 59.65% | Email | | 1,189,955.45 | 772,569.35 | 876,690.68 | - | - | - | - | - | 45,074.78 | 259,547.10 | - | 304,621.88 | Uncollectible | NA | 8/24/20 |
| SGP | 451600 | HUARUN DAYONG | Completed | Andy | Andy | CHINA RESOURCES (SHENZHEN) CO LTD | MR. DING BIN | CHINA | 910,500.00 | 100.00% | Email | | 910,500.00 | 641,138.75 | 675,155.75 | - | - | - | - | - | 21,604.08 | 216,060.32 | - | 237,664.40 | Uncollectible | NA | 8/24/20 |
| SGP | 461095 | GRAND MARINA INTERCONTINENTAL | On Going | James Lee | Kathleen Lynch | NATIONAL CORPORATION OF TOURSIM & HOTELS | MR. MOHAMED SHAZLY | UAE | 1,375,586.00 | 19.50% | Emails | | 268,219.10 | 177,318.58 | 541,762.62 | 118,000.00 | - | - | 130,015.48 | - | - | - | - | 248,015.48 | Uncollectible | NA | 8/24/20 |
| SGP | 462000 | JW MARRIOTT HOTEL, GUIYANG, CHINA | On Hold | Shawn | Andy | ZHONGTIAN CITY INVESTMENT GROUP GUIYANG INTERNATIONAL FINANCE CENTER CO LTD | MS. ZHANG LU XIAN | CHINA | 1,675,500.00 | 81.18% | Email | | 1,360,246.95 | 657,723.35 | 1,342,698.35 | - | - | - | 4,311.57 | - | - | - | - | 4,311.57 | Uncollectible | NA | 8/24/20 |
| SGP | 463998 | WHARF SUZHOU SERVICE APARTMENTS, JIANGSU, CHINA (TOWER 2) | Dead | Hussain Kamal | Kathleen Lynch | SUZHOU GAO LONG PROPERTY DEV. CO. LTD | MR LI YU XIANG, MR IVAN LEUNG | CHINA | 675,000.00 | 26.13% | Emails. T2 Completed, remaining scope on hold | | 176,360.99 | - | 163,685.73 | - | - | - | 5,729.05 | - | - | - | - | 5,729.05 | Uncollectible | NA | 8/24/20 |
| SGP | 466500 | HUAFA ZHABEI SHOWFLATS | | | | | | CHINA | | #DIV/0! | Emails | | - | - | - | - | - | - | - | - | 29,829.61 | 156,349.62 | - | 186,179.23 | Uncollectible | NA | 8/24/20 |
| SGP | 469000 | THE YARRA RESIDENCES AT PONDOK INDAH JAKARTA, INDONESIA | Dead | Shawn | Andy | PT INTIMAKMUR MITRA SEJATI | MR. TONY ELIE | INDONESIA | 345,000.00 | 89.82% | Email | | 309,865.51 | 129,924.99 | 250,674.99 | - | - | - | - | - | 56,719.24 | - | - | 56,719.24 | Uncollectible | NA | 8/24/20 |
| SGP | 469300 | POLY NUOYA HOTEL, CHANGSHA, CHINA | On Hold | Shawn | Andy | CHANGSHA SOUTH LAKE PLAZA REAL ESTATE CO LTD | MR. LIU TING | CHINA | 1,173,580.79 | 95.65% | Email | | 1,122,571.25 | 949,592.35 | 994,406.76 | - | - | - | - | 107,950.09 | 10,411.00 | - | - | 118,361.09 | Uncollectible | NA | 8/24/20 |
| SGP | 469400 | TAKESHIBA | Completed | Andy | Andy | JR EAST DESIGN CORPORATION | MR HARADA | JAPAN | 899,954.13 | 104.56% | Emails | | 940,965.60 | 887,909.91 | 887,909.91 | - | - | - | (5,475.53) | - | - | - | - | (5,475.53) | | The balance of $-44783 wa caused by 2016 Audit Adjustment. Since the project is done and no outstanding AR , it could be converted to revenue in 2020. we have email from the client by which the projects could be assumed as completion. So it is good to reverse | 8/28/20 |
| SGP | 470403 | WHARF SUZHOU SERVICE APARTMENTS (L76 EXPERIENCE LOUNGE) | Completed | Jane Dixon | Andy | SUZHOU GAO LONG PROPERTY DEV. CO. LTD | MR LAWRENCE YUEN, MR EDDIE CHAN | CHINA | 98,400.00 | 179.27% | Emails | | 176,397.21 | 238,000.00 | 238,000.00 | - | - | - | 2,167.42 | 128.72 | - | - | - | 2,296.14 | NA | | 8/24/20 |
| SGP | 470499 | WHARF SUZHOU SERVICE APARTMENTS, JIANGSU, CHINA (TOWER 1) | Active | Shawn | Andy | SUZHOU GAO LONG PROPERTY DEV. CO. LTD | MR LI YU XIANG & MR IVAN LEUNG | CHINA | 810,200.00 | 71.54% | Email | | 579,604.60 | 354,195.25 | 391,430.25 | 62,124.62 | - | - | 57,039.01 | 27,151.79 | - | - | - | 146,315.43 | Maybe | Waiting for T1 to resume | 8/24/20 |
| SGP | 471000 | HUAFA HENGQIN IFC, ZHUHAI, CHI | Active | Andy | Andy | ZHUHAI HENGQIN SHIZIMEN INTERNATIONAL FINANCE CENTER CONSTRUCTION CO LTD | LI YANG HUA | CHINA | 1,598,996.90 | 95.81% | Email | | 1,532,012.40 | 1,132,368.85 | 1,215,622.34 | - | - | - | 47,566.60 | 40,877.55 | 215,961.65 | - | - | 304,405.80 | collectible | | 8/24/20 |
| SGP | 471200 | CYPRUS HOTEL & CASINO | Dead | Andy | Andy | ADALI HOLDING | MR NESIP | CYPRUS | 1,075,000.00 | 106.58% | Email | | 1,145,783.56 | 997,679.15 | 1,117,146.15 | - | 1,260.77 | - | - | - | - | - | - | 1,260.77 | Can someone verify if this is real? | The balance of $-119000 wa caused by 2016 Audit Adjustment. Since the project is done and no outstanding AR , it could be converted to revenue in 2020. the balance revenue US$59,500 to be recognised is for 10% C&I phase for Casino. Please be informed that all supplemental proposal/contract will starts from xxxx.03 as we do not use xxxx.01 and xxxx.02 as instructed by Dallas in the past. As such, projects may not necessarily have signed supplemental in sequence of 03, 04, 05 etc as some proposal/quotation may not be accepted and signed. Trust this clarifies. As for balance revenue $59,500, it is the T&A + C&I phase for the Casino component which WASGP did not start work at all thus is a balance yet to be recognized. According to project manager (Andy), these 2 phases will not be happening according to Client's last email to WA. Andy needs time to find the email and we will send to you when is available. | 8/28/20 |
| SGP | 471600 | CROWNE PLAZA KOTA KINABALU, SABAH, MALAYSIA | Active | Shawn | Andy | GOLDEN WAVE SDN. BHD. (GWSB) | MR. MICHAEL LAU | MALAYSIA | 960,370.37 | 89.30% | Email | | 857,600.55 | 781,690.98 | 840,616.81 | - | - | 8,696.50 | - | - | - | - | - | 8,696.50 | collectible | | 8/24/20 |
| SGP | 473300 | HOTEL & RESIDENCES OF LANDMARK | Active | Andy | Andy | VINHOMES JOINT STOCK COMPANY | MS. VU THI DUNG | VIETNAM | 1,299,000.00 | 104.99% | Email | | 1,363,829.93 | 1,330,667.34 | 1,330,667.34 | - | 9,409.76 | - | - | - | - | - | - | 9,409.76 | uncollectible | Final Settlement in progress. USD184,997 is caused by 2016 Audit adjustment.8/31/2020- total revenue US$(1,151,600 + 88,000 + 15,000 + 17,400 + 27,000) has been recognised and invoiced in full. Per project team (Andy), current AR outstanding $171,050 is uncollectible and therefore is to be written off.Client rejecting Wilson's liquidation documents and decision to apply penalties on Wilson by off-setting the outstanding | 8/28/20 |
| SGP | 473500 | NOVO RETAIL SHOPPING MALL | Active | Andy | Andy | ZHUHAI HENGQIN LAISUN CREATIVE CULTURE CITY CO. LTD | MR. CHEN XIAO MAN | CHINA | 625,000.00 | 101.22% | Email | | 632,652.62 | 519,841.22 | 533,841.22 | - | - | - | - | - | 93,548.51 | - | - | 93,548.51 | uncollectible | Currently negotiation with Client how much of the USD 91K can be converted to billing. | 8/24/20 |
| SGP | 474300 | HUAFA 3 SHOWFLATS & SALES CENTER, SUZHOU, CHINA | Completed | Andy | Andy | HUAFA 3 SHOWFLATS & SALES CENTER, SUZHOU, CHINA | MR XIONGHUA | CHINA | 1,138,095.10 | 125.10% | Email | | 1,423,703.52 | 1,019,890.00 | 1,118,808.03 | - | - | - | - | - | (5,687.38) | - | - | (5,687.38) | uncollectible | there is no xxxx.01, xxxx.02 and xxxx.03. US$267,024 was taken out during audit adjustment 2016 resulting a balance CIE of S$388,095 in S201 (see Project Transaction attached) which should be zero as the project has completed, invoiced and payment collected in full as of today. There will not be any further invoice and payment collection for the project. You may wish to consult the auditor how should this be adjusted as I have no idea why the audit adjustment 2016 entries was posted. Please see Michelle's email explanation on May 16, 2017 attached and maybe there is more documents in Dallas for them. | 8/28/20 |
| SGP | 474700 | HUAFA SQUARE 3 SHOWFLATS & SAL | On Hold | Andy | Andy | ZHUHAI QINFA INDUSTRIAL CO LTD | MS LIANG YANLING | CHINA | 1,308,702.64 | 88.05% | Email | | 1,152,347.86 | 1,092,221.68 | 1,167,221.68 | - | - | - | - | (26,380.91) | - | - | - | (26,380.91) | uncollectible | USD93,750 to write off. USD114,636 is caused by 2016 Audit adjustment | 8/24/20 |
| SGP | 476900 | LULU SHERATON TRIVANDRUM, KERALA, INDIA | On Hold | Andy | Andy | LULU MALL TRIVANDRUM, A DIVISION OF LULU INTERNATIONAL SHOPPING MALL PVT LTD | MR NISHAD MA | INDIA | 550000 | 52.45% | Email | | 288,474.34 | 226,866.16 | 268,116.16 | - | - | - | - | - | 17,714.95 | - | - | 17,714.95 | uncollectible | NA | 8/24/20 |
| SGP | 477100 | RITZ CARLTON HOTEL, DOHA, UAE (RENOVATION FOR F&B OUTLETS) | On Hold | Janice | Andy | KATARA HOSPITALITY | PASCALE JULIEN | UAE | 421026.77 | 81.14% | Email | | 341,641.37 | 209,562.66 | 330,830.05 | - | - | - | - | 10,917.91 | - | - | - | 10,917.91 | uncollectible | NA | 8/24/20 |
| SGP | 479700 | MAZE MAYFAIR, LONDON, ENGLAND | Dead | | | | | | | #DIV/0! | | | 52,860.40 | - | 24,500.68 | - | - | - | - | - | 26,430.20 | - | - | 26,430.20 | uncollectible | NA | 8/24/20 |
| SGP | 481600 | TW10 RESIDENTIAL TOWER, TAICHU | Active | Andy | Andy | A ZONE DEVELOPMENT CO., LTD | MS ANNA CHEN | TAIWAN | 393,000.00 | 99.39% | Email | | 390,609.20 | 362,098.65 | 362,098.65 | - | - | 8,066.92 | 13,980.05 | - | - | - | - | 22,046.97 | collectible | C&I Phase | 8/24/20 |
| SGP | 482099 | XIANGFU GARDEN (PHASE III) TENDER II SALES CENTER AND CLUBHOUSE, SHANGHAI, CHINA | terminated | Andy | Andy | SHANGHAI XIANGFU REAL ESTATE DEVELOPMENT CO LTD | MS ZHANG YUN | CHINA | 522,386.67 | 45.45% | Email | | 237,441.71 | 53,599.11 | 105,837.78 | - | - | - | - | 45,329.48 | 85,231.04 | - | - | 130,560.53 | uncollectible | NA | 8/24/20 |
| SGP | 483200 | RESORT WORLD GENTING RITZ CARLTON, KL, MALAYSIA | Dead | Andy | Andy | DESIGNSTREAM SDN BHD | MS NUR FITRAH | MALAYSIA | 350,000.00 | 64.19% | Contract expired | | 224,679.25 | - | 122,500.00 | - | - | - | - | 57,061.89 | 44,854.15 | - | - | 101,916.04 | uncollectible | NA | 8/24/20 |
| SGP | 484399 | JW MARRIOTT CHANGSHA, HUNAN, CHINA | On Hold | Andy Png | Andy | CHANGSHA HENGCHENGYE REAL ESTATE DEVELOPMENT CO LTD | WEI ZHI | CHINA | 1,226,170.00 | 78.31% | Email | | 960,227.29 | 593,410.53 | 953,560.95 | - | - | - | (2,734.37) | - | - | - | - | (2,734.37) | uncollectible | NA | 8/24/20 |
| SGP | 484800 | SHANGRI-LA HOTEL 2ND FL MODIFICATION PALACE ROAD, BANGALORE, INDIA | On Hold | Andy Png | Andy | ADARSH REALTY & HOTELS PVT LTD | MR BV RAVIKUMAR | INDIA | 33,000.00 | 40.24% | Email | | 13,279.38 | 4,964.40 | 9,914.40 | - | - | - | - | 3,267.23 | - | - | - | 3,267.23 | uncollectible | NA | 8/24/20 |
| SGP | 484900 | KAISA BAOJI MARRIOTT HOTEL, SHENZHEN, CHINA | Active | Shawn | Andy | BAOJI GONG YI PING (SHENZHEN) CO LTD | RM 2806, 28/F, REN MIN NAN LU | CHINA | 715,000.00 | 53.28% | Email | | 380,964.15 | 133,594.66 | 240,844.66 | 46,245.86 | 45,524.25 | - | - | - | - | - | - | 91,770.11 | collectible | NA | 8/24/20 |
| SGP | 486600 | JW MARRIOTT LONG STAY APARTMEN | On Hold | Shawn | Andy | ZHONGTIAN URBAN DEVELOPMENT GROUP GUIYANG INTERNATIONAL FINANCIAL CENTER CO LTD | MS. ZHANG LU XIAN | CHINA | 438,875.57 | 65.00% | Email | | 285,269.12 | 60,956.63 | 121,392.09 | - | - | - | 112,049.41 | 53,443.21 | - | - | - | 165,492.62 | collectible | Project on hold. Mock Up SD rejected by client,under add fee negotiation with BD, hopefully to conclude by Aug 20 | 8/24/20 |
| SGP | 487100 | ISLAND RESORT DEVELOPMENT, THE LAGOONS IN MALE ATOLL, MALDIVES | Dead | Andy | Andy | VITA HEIGHT COMPANY LIMTED | MR SEAN BARRY, MR AMAL CHITRA NAIR | UAE | 774,931.98 | 0.00% | Emails | | - | - | - | - | - | - | - | - | 295,931.90 | - | - | 295,931.90 | uncollectible | Terminated | 8/24/20 |
| SGP | 490400 | DESIGN ADJUSTMENTS FOR 21F PRESIDENT OFFICE OF NINGXIA YINCHUAN MASTER INTERNATIONAL BUSINESS CENTER, CHINA | terminated | Andy Png | Andy | NINGXIA MASTER REAL ESTATE CO., LTD. | ZHAO LEI | CHINA | 35,000.00 | 74.18% | Email | | 25,963.47 | 10,088.50 | 20,588.50 | - | - | - | - | 5,172.00 | - | - | - | 5,172.00 | uncollectible | Client not responding. Contract expired | 8/24/20 |
| SGP | 491600 | THE PARK MUMBAI TOWERS 3, 5 & | On Hold | Andy | Andy | MACROTECH DEVELOPERS LIMITED | SHREENIWAS COTTON MILLS LTD | INDIA | 140,000.00 | 102.14% | Email | | 143,001.45 | - | 133,100.00 | - | - | - | - | 4,869.99 | - | - | - | 4,869.99 | collectible | Project completed delay till 2021 | 8/24/20 |
| SGP | 492300 | 31 LANG HA RESIDENCES, HANOI, | On Hold | Andy | Andy | APOLLO CONSTRUCTION CONSULTANT, LTD | MR NGUYEN VAN TAN | CHINA | 290,000.00 | 95.86% | Email | | 278,000.00 | 125,118.44 | 188,118.44 | - | - | - | - | 90,767.66 | - | - | - | 90,767.66 | collectible | Project moving very slow due to COVID 19 | 8/24/20 |
| SGP | 493200 | PENTHOUSE IN HANOI, VIETNAM | Active | Andy | Andy | CAT TIEN VIET NAM JOINT STOCK COMPANY | NGUYEN QUOC LONG, CHAIRMAN | VIETNAM | 280,000.00 | 98.43% | Email | | 275,606.21 | 262,141.17 | 269,141.17 | - | - | - | 3,811.71 | - | - | - | - | 3,811.71 | collectible | Project moving very slow due to COVID 19. Same client as 4923. | 8/24/20 |
| SGP | 494900 | SETIAKASIH LUXURY CONDO, KUALA | Active | Andy | Andy | Satin Magic Sdn Bhd (1133015-T) | JUSTIN KOK | MALAYSIA | 308,814.81 | 98.60% | Email | | 304,486.61 | 242,938.89 | 283,939.03 | - | - | - | 17,748.36 | - | - | - | - | 17,748.36 | collectible | FF&E | 8/24/20 |
| SGP | 495200 | HANG BO BOUTIQUE HOTEL, HANOI, VIETNAM | On Hold | Andy | Andy | VIETNAM INTERNATIONAL TRADE TOURISM AND EXHIBITION JOINT STOCK COMPANY | MR KENNETH CHAN | VIETNAM | 95,000.00 | 297.26% | Email | | 282,394.25 | - | 145,519.25 | - | - | - | 75,010.03 | 65,209.13 | - | - | - | 140,219.16 | collectible | Target to convert this to billing sometime in 1st Qtr 2020 | 8/24/20 |
| SGP | 499200 | SHANGRI-LA PHNOM PENH, CAMBODIA | Active | Shawn | Andy | OXLEY GEM (CAMBODIA) CO., LTD | MR LIM THEAN HUAT / MS ELLA LAI | CAMBODIA | 1433500 | 106.45% | Email | | 1,526,002.57 | 1,428,425.49 | 1,492,108.81 | (2,732.91) | - | - | - | - | - | - | - | (2,732.91) | collectible | | 8/24/20 |
| SGP | 499500 | VENETIAN PAIZA PIT 805, 807, 8 | Active | Shawn | Andy | VENETIAN MACAU LIMITED | JASON DANIELS | MACU | 584,425.19 | 72.44% | Email | | 423,378.73 | 404,959.84 | 406,253.94 | - | 9,371.23 | 3,748.49 | - | - | - | - | - | 13,119.72 | collectible | | 8/24/20 |
| SGP | 499600 | VENETIAN DIAMOND ROOM EXPANSIO | Active | Shawn | Andy | VENETIAN MACAU LIMITED | JASON DANIELS | MACU | 1,434,697.41 | 73.41% | Email | | 1,053,266.59 | 989,587.93 | 1,005,865.32 | - | 33,736.42 | 3,748.49 | - | - | - | - | - | 37,484.91 | collectible | | 8/24/20 |
| SGP | 499899 | ZHANGJIAKOU INTERCONTINENTAL RESORT BY SINOBO | Active | Shawn | Andy | SINOBO THAIWOO (ZHANGJIAKOU CHONGLI) CULTURAL TOURISM CO., LTD | WANG YUGANG | CHINA | 1082080 | 106.96% | Email | | 1,157,401.07 | - | 1,036,993.67 | 762.22 | - | - | - | - | - | - | - | 762.22 | collectible | | 8/24/20 |
| SGP | 500200 | NOVOTEL AUCKLAND, NEW ZEALAND | Active | Andy | Andy | GORE STREET HOTEL LIMITED ASIA PACIFIC HEAD OFFICE | MR DINESH PANDEY | NEW ZWALAND | 407,000.00 | 65.77% | Email | | 267,696.81 | 242,131.16 | 242,131.16 | 13,140.00 | - | 8,103.53 | - | - | - | - | - | 21,243.53 | collectible | SD Phase | 8/24/20 |
| SGP | 500400 | CHANGBAISHAN LUNENG MANJIANG HOTEL COMPLEX, CHINA | Dead | Shawn | Andy | JILIN LUNENG MANJIANG ECO-TOURISM DEVELOPMENT LIMITED COMPANY | HUANG XIAOYONG | CHINA | 1,850,000.00 | 10.97% | Email | | 202,974.35 | - | 61,676.44 | - | - | - | - | 136,995.97 | - | - | - | 136,995.97 | collectible | Final Settlement in progress, amount is about RMB 580,000 | 8/24/20 |
| SGP | 502700 | SHANGRI-LA SHANGHAI HONGQIAO A | Active | Shawn | Andy | EAST CHINA ARCHITECTURAL DESIGN & RESEARCH INSTITUTE CO LTD | WU MEI | CHINA | 1,614,604.54 | 97.93% | Email | | 1,581,162.99 | 1,187,646.70 | 1,402,238.96 | - | 41,308.97 | - | 123,791.04 | - | - | - | - | 165,100.01 | collectible | Subject to successful SD presention in 8 May 2020 | 8/24/20 |
| SGP | 504400 | ROUHIGH WESTIN QINGDAO LICANG | Active | Andy | Andy | QINGDAO RONGBAO ESTATE CO., LTD | HUANG YA QIONG | CHINA | 1,269,673.70 | 72.04% | Email | | 914,653.98 | 519,651.12 | 773,585.86 | 81,877.21 | - | - | 51,564.49 | - | - | - | - | 133,441.69 | collectible | DD public area & BOH, 50% IDD & 50% FF&E Specifications Guestroom, 50% F&B | 8/24/20 |
| SGP | 505400 | NAM NGU SERVICE APARTMENT | On Hold | Shawn | Andy | CONG TY CO PHAN DAU TU NAM NGU | MR KENNETH CHAN | VIETNAM | 230,000.00 | 93.75% | Email | | 215,619.29 | 164,706.26 | 210,706.26 | - | - | - | 2,835.78 | - | - | - | - | 2,835.78 | collectible | 100% DD, 100% FF&E | 8/24/20 |
| SGP | 507600 | LUNENG LINGXIU MANSION LOT A HOTEL, JINAN, CHINA | Dead | Shawn | Andy | SHANDONG LUNENG WANCHUANG REAL ESTATE CO., LTD | MS LIU YU | CHINA | 764,237.40 | 41.04% | Email | | 313,633.30 | 237,336.78 | 286,558.20 | - | - | - | 24,250.05 | - | - | - | - | 24,250.05 | collectible | Converting soon. | 8/24/20 |
| SGP | 507900 | POLY PLAZA PHASE II SERVICED APARTMENTS (UPPER FLR), CHENGDU | Active | Andy | Andy | POLY (CHENGDU) HOLDINGS CO LTD | MR AN KANG | CHINA | 662,007.60 | 84.86% | | 0 | 561,763.89 | 468,962.76 | 560,960.67 | - | (4,727.03) | - | - | - | - | - | - | (4,727.03) | collectible | 50% SD | 8/24/20 |

# Attachment to Schedule G

| | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SGP | 508100 | WHARF SHOWFLAT OF SVC APT (4BR | Active | Shawn | Andy | WHARF (CHANGSHA) ESTATES LIMITED | MR TANG GUANG YIN | CHINA | 210,000.00 | 66.67% | Email | 140,010.13 | 117,512.60 | 121,712.60 | - | - | - | 17,097.62 | - | - | - | - | 17,097.62 | collectible | DD | 8/24/20 |
| SGP | 508800 | L5 REFURBISHMENT AT ISLAND SHANGRI-LA HK | Active | Shawn Li | Andy | SHANGRI-LA INTERNATIONAL HOTELS (PACIFIC PLACE) LIMITED | MR JOE CHAN & MS JESS YEUNG | HONGKONG | 278500 | 54.93% | Email | 152,979.16 | 109,307.57 | 137,157.57 | - | - | 14,469.42 | - | - | - | - | - | 14,469.42 | collectible | | 8/24/20 |
| SGP | 509200 | MONOGRAM HOTEL & SERVICE APARTMENT HANOI, VIETNAM | Active | Andy | Andy | HEERIM ARCHITECTS & PLANNERS CO LTD | MS HANBIT | SOUTH KOREA | 1,314,010.00 | 45.53% | Email | 598,265.34 | 372,454.70 | 372,454.70 | 66,635.44 | 108,631.43 | 43,895.33 | - | - | - | - | - | 219,162.20 | collectible | | 8/24/20 |
| SGP | 509700 | SHANGRI-LA HOTEL KUALA LUMPUR | Active | Shawn | Andy | SHANGRI-LA HOTEL (KL) SDN BHD | LIM BOK SIM | MALAYSIA | 954,728.20 | 36.80% | Email | 351,350.41 | 237,372.14 | 243,549.03 | - | - | 105,400.35 | - | - | - | - | - | 105,400.35 | collectible | 100% Inception and Planning | 8/24/20 |
| SGP | 511000 | MOXY JAKARTA, INDONESIA | Active | Shawn | Andy | AGUNG SEDAYU GROUP | MR IRFAN BURDAH | INDONESIA | 762,750.00 | 6.80% | Email | 51,898.98 | - | 1,173.00 | - | - | - | 50,709.21 | - | - | - | - | 50,709.21 | collectible | Converting in next three months if project goes forward. | 8/24/20 |
| SGP | 512000 | PLAZA MACAU L01 MAIN GAMING RE | Active | Shawn | Andy | VENETIAN MACAU LIMITED | BENSON NG | SINGAPORE | 874,281.18 | 95.34% | Email | 833,564.74 | 692,287.31 | 808,710.73 | - | 10,418.27 | - | - | - | - | - | - | 10,418.27 | collectible | 50% SD | 8/24/20 |
| SGP | 512100 | MBS DEV 142 APEX PALACE SALONS | Active | Shawn | Andy | MARINA BAY SANDS PTE LTD | NATALIE BOO | SINGAPORE | 419,185.19 | 112.90% | 0 | 473,249.08 | 345,783.47 | 443,233.37 | - | 25,646.08 | - | - | - | - | - | - | 25,646.08 | collectible | 100% SD. Contract not signed. BD to follow up. | 44067 |
| SGP | 513500 | CROWNE PLAZA HANGZHOU BINJIANG, CHINA | Active | Andy | Andy | Hangzhou Shimaoshiying Real Estate Development Inc. | Chenguang Luo | CHINA | 1,150,420.00 | 57.33% | Emails | 659,576.01 | 222,215.49 | 268,232.29 | 65,948.25 | - | - | - | - | - | - | - | 65,948.25 | collectible | | 44067 |
| SGP | 514200 | SIGNIEL HANOI & SERVICED RESIDENCES, VIETNAM | Active | Andy | Andy | SND VINA CO LTD | MR KIM BUM JUN | VIETNAM | 1599000 | 39.12% | 0 | 625,523.08 | 291,521.77 | 291,521.77 | 168,897.55 | - | - | - | - | - | - | - | 168,897.55 | collectible | | 44067 |
| SGP | 514300 | HUAFA FINANCIAL ISLAND 21 SHOW FLATS & PUBLIC AREAS | Active | Shawn Li | Shawn Li | 珠海铧隆建筑设计咨询有限公司 | 杨嵩昱 | CHINA | 430,000.00 | 90.25% | Emails | 388,063.29 | 27,257.77 | 359,882.77 | 23,688.57 | 2,457.60 | - | - | - | - | - | - | 26,146.17 | collectible | | 44067 |
| SGP | 515800 | THE WESTIN HOTEL, JIULONG BAY CENTER, WEIHAI | Active | Shawn Li | Shawn Li | 毕思博设计集团有限公司 | 陈伊利 | CHINA | 1,240,050.00 | 22.68% | Emails | 281,217.64 | 30,687.50 | 257,007.50 | 21,676.42 | - | - | - | - | - | - | - | 21,676.42 | collectible | | 44067 |
| SGP | 516000 | FOUR SEASONS HOTEL, AL KHOBAR, KSA | Active | Selina Tan | Andy | SHOMOUL HOLDING COMPANY | MR JAMES BROWN | KINGDOM OF SAUDI ARABIA | 1572761.9 | 13.68% | Emails | 215,151.36 | - | 0.00 | 25,880.50 | - | - | - | - | - | - | - | 25,880.50 | collectible | | 44067 |
| SGP | 516100 | PARK HOUSE CONDO, 4 BEDROOM SHOWFLAT, SINGAPORE | Active | Selina Tan | Selina Tan | SHUN TAK CUSCADEN RESIDENTIAL PTE LTD | MR FRED CHAN | Singapore | 254,000.00 | 97.09% | Emails | 246,610.85 | 151,756.11 | 223,592.40 | 7,254.45 | - | - | - | - | - | - | - | 7,254.45 | collectible | | 44067 |
| SGP | 516700 | ZHUHAI HENGQIN IFC SHOW UNIT 4 SHOW UNIT 5 INTERIOR DESIGN | Active | Andy | Andy Png | 珠海华发建筑设计咨询有限公司 | MR LONG FU QIU | CHINA | 578,000.00 | 24.38% | Emails | 140,908.66 | 56,381.25 | 56,381.25 | - | 1,655.60 | - | - | - | - | - | - | 1,655.60 | collectible | | 44067 |
| SGP | 412803 | Nikko Hotel | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | - | - | 113.18 | 113.18 | | | |
| SGP | 434300 | | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | - | - | 82.02 | 82.02 | | | |
| SGP | 436500 | INTERNATIONAL STANDARD GRADE A | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | - | - | 910.33 | 910.33 | | | |
| SGP | 435900 | YANQI LAKE VILLA #5 | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | - | - | 62,466.94 | 62,466.94 | | | |
| SGP | 458600 | Jiangong Crowne Plaza Hotel | Completed | Shawn | Andy | EAST CHINA ARCHITECTURAL DESIGN & RESEARCH INSTITUTE CO LTD | MR. LIANG CHEN | CHINA | 2,067,900.00 | 95.20% | Email | 1,968,650.00 | 1,589,035.95 | 2,024,708.95 | - | - | - | - | - | - | - | (56,611.61) | (56,611.61) | | | |
| SGP | 442099 | COTAI HOTEL CASINO COMPLEX | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | 25,055.00 | 122,992.09 | - | 148,047.09 | | | |
| SGP | 435700 | MODEL VILLAS SUNNY BAY | Completed | Andy | Andy | SANYA SUNNY BAY DEVELOPMENT CO LTD | MS. GERALDINE SIA | CHINA | 383,010.91 | 100.00% | Email | 383,010.91 | 334,496.41 | 352,257.84 | - | - | - | - | - | - | - | 31,056.25 | 31,056.25 | | | |
| SGP | 419100 | HYATT REGENCY CHINA | | | | | | | | #DIV/0! | | | | | - | - | - | - | 1,409.82 | - | - | - | 1,409.82 | | | |
| SGP | 428900 | HAINAN DOUBLETREE HOTEL | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | - | - | 940.06 | 940.06 | | | |
| SGP | 430200 | RITZ-CARLTON GREENLAND CENTER | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | - | (340.35) | - | (340.35) | | | |
| SGP | 454500 | PUDONG FIN SQUARE 1 OFFICE | Completed | Yann | Andy | SHANGHAI LUJIAZUI FINANCE & TRADE ZONE DEVELOPMENT CO LTD | MS. MIAO JINGYU | CHINA | 396,782.60 | 98.48% | Email | 390,748.63 | 328,448.84 | 387,128.84 | - | - | - | - | (196.74) | - | - | - | (196.74) | | | |
| SGP | 456400 | RENAISSANCE HOTEL XIAN | | | | | | | | #DIV/0! | | | | | - | - | - | - | (837.70) | - | - | - | (837.70) | | | |
| SGP | 419200 | HUA FA SERVICED APARTMENT | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | - | - | 1,804.03 | 1,804.03 | | | |
| SGP | 444200 | FOUR SEASONS HOTEL MALAYSIA | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | - | - | 581.61 | 581.61 | | | |
| SGP | 462100 | RESORTS WORLD JEJU | Dead | Shawn | Andy | SAMOO ARCHITECTS | MR. JIN-HO HYUN | KOREA | 1,888,374.00 | 61.23% | Email | 1,156,200.00 | 1,144,362.21 | 1,147,062.21 | - | - | - | - | - | - | 9,227.87 | - | 9,227.87 | | | |
| SGP | 454700 | EURO AMERICA FINANCIAL CNTR 2 | Dead | Shawn | Andy | HANGZHOU SHUYA TECHNOLOGY CO LTD | MR. YANG HUAJUN | CHINA | 1,973,500.00 | 95.19% | Email | 1,878,625.00 | 1,878,348.19 | 1,884,348.19 | - | - | - | (5,779.61) | - | - | - | - | (5,779.61) | | | |
| SGP | 459000 | HUAFA SHANZHUANG APT PUBLIC AREAS | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | - | - | (384.93) | (384.93) | | | |
| SGP | 460900 | HUAFA PUDONG ZHANGJIANG SHOWFLATS | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | - | 1,371.57 | - | 1,371.57 | | | |
| SGP | 462800 | HUAFA GUANGGANG SHOWFLATS | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | (3,811.97) | - | - | (3,811.97) | | | |
| SGP | 463100 | RESORT WORLD SINGAPORE PALIO RESTAURANT | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | - | (661.64) | - | (661.64) | | | |
| SGP | 459700 | HUAFA YANGPU SHOWFLATS & SALES CENTER | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | - | 728.13 | - | 728.13 | | | |
| SGP | 467400 | CLUBHOUSE AND ENTRANCE LOBBY AT ELEGANTE | | | | | | | | #DIV/0! | | | | | - | - | - | - | 175.16 | - | - | - | 175.16 | | | |
| SGP | 465600 | HUAFA LUYANGWAN MOCKUP VILLA | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | - | 4,979.90 | - | 4,979.90 | | | |
| SGP | 467200 | HUAFA SHIZIMEN INTERNATIONAL GARDEN | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | - | 2,830.69 | - | 2,830.69 | | | |
| SGP | 467300 | CLUBHOUSE AND ENTRANCE LOBBY AT EDEN | Completed | Andy | Andy | RUNWAL TOWNSHIP PVT LTD | MS. PALLAVI MARKARI | INDIA | 311,600.00 | 85.56% | Email | 266,600.00 | 255,340.82 | 266,418.80 | - | - | - | - | 182.99 | - | - | - | 182.99 | | | |
| SGP | 467600 | NANNING HUAFA AMBASSADOR ONE | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | - | 2,827.01 | - | 2,827.01 | | | |
| SGP | 467800 | HUAFA SHANZHUANG 1 SHOWFLAT | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | - | 2,500.59 | - | 2,500.59 | | | |
| SGP | 467700 | ZHENGZHOU GREENLAND ERQI LAKEFRONT HOTEL | Dead | Shawn | Andy | HENAN GREENLAND PROPERTIES CO LTD | MR CHEN ZHAN PENG (GM) | CHINA | 1,650,000.00 | 19.36% | Email | 319,500.00 | 304,325.73 | 317,825.73 | - | - | - | - | - | - | 1,690.77 | - | 1,690.77 | | | |
| SGP | 469200 | HUAFA SHOUFU 3 SHOWFLATS | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | (492.68) | - | - | (492.68) | | | |
| SGP | 455200 | ART~KEMPINSKI HOTEL FUZHOU | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | - | 332.13 | - | 332.13 | | | |
| SGP | 464398 | GREE BOUTIQUE HOTEL RES LOBBIES SNG HOURS | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | (475.95) | - | - | (475.95) | | | |
| SGP | 464399 | GREE BOUTIQUE HOTEL SNG HOURS | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | (1,677.22) | - | - | (1,677.22) | | | |
| SGP | 470700 | HUAFA SQUARE SALES CENTER ZHUHAI | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | - | 288.63 | - | 288.63 | | | |
| SGP | 472600 | HUAFA PUDONG ZHANGJIANG SHOWFLATS | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | - | 748.92 | - | 748.92 | | | |
| SGP | 468700 | SHENYANG SHENGJING FINANCIAL PLAZA | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | - | 191.21 | - | 191.21 | | | |
| SGP | 415500 | DOUBLETREE HOTEL JIANGMEN | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | - | (3,747.53) | - | (3,747.53) | | | |
| SGP | 447200 | HOTEL LOTTE TOWER KOREA | Dead | Andy | Andy | HOTEL LOTTE CO., LTD | MR. TIM LEE | KOREA | 1,507,738.00 | 100.00% | Email | 1,507,738.00 | 1,407,944.05 | 1,507,944.05 | - | - | - | - | - | - | (208.09) | - | (208.09) | | | |
| SGP | 464900 | TAICHUNG RESIDENTIAL TOWER | | | | | | | | #DIV/0! | | 565,074.12 | | | - | - | (1,632.63) | - | - | - | - | - | (1,632.63) | | | |
| SGP | 448000 | MAXIMS HOTEL CASINO AND RETAIL | | | | | | | | #DIV/0! | | 3,426,677.19 | | | - | - | - | - | - | - | 10,381.39 | - | 10,381.39 | | | |
| SGP | 474600 | HUAFA SHOUFU RESIDENTIAL BUILDING PUBLIC AREA | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | (152.35) | - | - | (152.35) | | | |
| SGP | 475600 | VERITOWN RESIDENCES, MANILA, PHILIPPINES | Active | Andy | Andy | FEDERAL LAND | MS CAROLYN CHERIE B. FERNANDEZ | PHILIPPINES | 98,167.32 | 104.40% | Email | 102,482.49 | 97,103.58 | 101,615.14 | - | - | - | - | - | (134.43) | - | - | (134.43) | | | |
| SGP | 466506 | HUAFA ZHABEI SHOWFLAT UNIT E2, SHANGHAI, CHINA | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | (48,014.54) | - | - | (48,014.54) | | | |
| SGP | 477000 | HUAFA PLOT S1 3 SHOWFLATS, WUHAN, CHINA | | | | | | | | #DIV/0! | | | | | - | - | - | - | 1,537.51 | - | - | - | 1,537.51 | | | |
| SGP | 478300 | HUARUN SHENZHEN T6 PUBLIC AREA, CHINA | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | 465.05 | - | - | 465.05 | | | |
| SGP | 478400 | TAIKANG CBD COMMERCIAL, CHINA | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | 367.05 | - | - | 367.05 | | | |
| SGP | 477300 | HONG KONG JOCKEY CLUB | Inactive | Andy | Andy | THE HONG KONG JOCKEY CLUB | FANNY HO - SENIOR QTY SURVEYOR | HONG KONG | 154,723.17 | 59.53% | Email | 92,105.54 | 63,156.47 | 91,516.77 | - | - | - | - | - | 594.58 | - | - | 594.58 | | | |
| SGP | 478800 | HUAFA LUYANGWAN SHOWFLAT UNIT 2701, ZHUHAI, CHINA | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | 273.57 | - | - | 273.57 | | | |
| SGP | 417900 | ST REGIS HOTEL ZHUHAI | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | 2,705.70 | - | - | 2,705.70 | | | |
| SGP | 479500 | ASSILA DIWANIYA COMPLEX, RIYADH, KSA | On Hold | Andy | Andy | ASSILA INVESTMENTS CO | MR TOMAS RODRIGUEZ | KSA | 250,000.00 | 94.95% | Email | 237,362.87 | 222,481.48 | 224,981.48 | - | - | - | - | - | 2,384.58 | - | - | 2,384.58 | | | |
| SGP | 480300 | WESTIN JAIPUR, INDIA | On Hold | Andy | Andy | COLOR JEWEL DMCC | YATISH DANGAYACH | INDIA | 600,000.00 | 17.09% | Email | 102,544.15 | 61,640.96 | 101,640.96 | - | - | - | - | (98.84) | - | - | - | (98.84) | | | |
| SGP | 482100 | INSPIRE INTEGRATED RESORT PROJECT, INCHEON, KOREA | terminated | Andy | Andy | INSPIRE INTEGRATED RESORT CO., LTD | SANGHYUK SON | KOREA | 2,765,475.00 | 45.46% | Email | 1,257,182.95 | 873,390.42 | 1,250,091.13 | - | - | - | - | - | 7,161.73 | - | - | 7,161.73 | | | |
| SGP | 453000 | INFRA WADALA NCP CLUBHOUSE | | | | | | | | #DIV/0! | | | | | - | - | - | - | (111.51) | - | - | - | (111.51) | | | |
| SGP | 482800 | VINPEARL NAM HOI AN, VIETNAM | | | | | | | | #DIV/0! | | | | | - | - | - | - | - | 258.73 | - | - | 258.73 | | | |
| SGP | 483600 | NHA TRANG CONVENTION CENTER, VIETNAM | On Hold | Andy | Andy | NHA TRANG BRANCH - VINPEARL JSC | MR TRAN HUY TIEN | VIETNAM | 259,900.00 | 94.81% | Email | 246,423.05 | 160,267.60 | 243,517.60 | - | - | - | - | 504.73 | - | - | - | 504.73 | | | |
| SGP | 484400 | FAIRMONT SEOUL PARC 1, SEOUL, KOREA | | | | | | | | #DIV/0! | | | | | - | - | - | - | (79,138.91) | - | - | - | (79,138.91) | | | |
| SGP | 484700 | THE LANGHAM SYDNEY F&B RENOVATION, SYDNEY, AUSTRALIA | On Hold | Andy | Andy | NSW HOTEL MANAGEMENT PTY LTD | MR ANDREW CHING | AUSTRALIA | 167,376.90 | 104.40% | Email | 174,733.92 | 164,100.97 | 172,000.97 | - | - | - | - | - | 1,037.28 | - | - | 1,037.28 | | | |
| SGP | 286100 | ITC HOTELS & SERVICED APTS | Active | Andy | Andy | ITC LTD ( HOTELS DIVISION ) KOLKATA PROJECT II | MR. ALWYN NORONHA | INDIA | 1,699,234.10 | 104.40% | Email | 1,773,923.61 | 1,742,064.83 | 1,742,064.83 | - | - | - | - | 762.37 | - | - | - | 762.37 | | | |
| SGP | 483800 | SWISSOTEL HOPE ISLAND RESORT, GOLD COAST, AUSTRALIA | | | | | | | | #DIV/0! | | | | | - | - | - | (2,191.11) | - | - | - | - | (2,191.11) | | | |
| SGP | 485300 | INTERCONTINENTAL HOTEL, HUANGSHAN, CHINA | On Hold | Andy | Andy | IDE GLOBAL CO., LTD | MR CHOW | CHINA | 450,000.00 | 77.13% | Email | 347,062.50 | 224,630.29 | 346,692.79 | - | - | - | - | 373.36 | - | - | - | 373.36 | | | |
| SGP | 486700 | JW MARRIOTT GUIYANG HOTEL | On Hold | Shawn | Andy | ZHONGTIAN URBAN DEVELOPMENT GROUP GUIYANG INTERNATIONAL FINANCIAL CENTER CO LTD | MS. ZHANG LU XIAN | CHINA | 173,240.36 | 43.02% | Email | 74,522.22 | 50,884.34 | 74,080.60 | - | - | - | - | 445.97 | - | - | - | 445.97 | | | |
| SGP | 490000 | HOTEL INDIGO SAIGON ID, HO CHI MINH CITY, VIETNAM | Active | Andy | Andy | EUROPE TRADING INVESTMENT COMPANY LIMITED | MR LAU DUC DUY | VIETNAM | 490,000.00 | 98.86% | Email | 484,409.39 | 455,647.61 | 480,647.61 | - | - | - | - | (976.70) | - | - | - | (976.70) | | | |
| SGP | 489300 | ONE LODHA PLACE TOWER 4, UPPER WORLI, MUMBAI, INDIA | | | | | | | | #DIV/0! | | 265,213.52 | | | - | - | - | 612.05 | - | - | - | - | 612.05 | | | |
| SGP | 490100 | HOTEL INDIGO SAIGON FACADE, HO CHI MINH CITY, VIETNAM | | | | | | | | #DIV/0! | | | | | - | - | - | - | (848.70) | - | - | - | (848.70) | | | |
| SGP | 490300 | DUO PROJECT - DESIGN COMPETITION, RED SEA, SAUDI ARABIA | | | | | | | | #DIV/0! | | | | | - | - | - | - | 136.45 | - | - | - | 136.45 | | | |
| SGP | 492200 | BANYAN TREE ABURI, OKINAWA, JAPAN | | | | | | | | #DIV/0! | | | | | - | - | - | - | (3,138.99) | - | - | - | (3,138.99) | | | |
| SGP | 491300 | INTERCONTINENTAL YOKOHAMA SUITES RENOVATION, JAPAN | | | | | | | | #DIV/0! | | 133,108.14 | | | - | - | - | (452.32) | - | - | - | - | (452.32) | | | |
| SGP | 492900 | MELIA CAM RANH, VIETNAM | Active | Andy | Andy | SAIGON CAM RANH-JSC | NGUYEN QUOC LONG, CHAIRMAN | VIETNAM | 495,000.00 | 91.64% | Email | 453,610.94 | 446,857.84 | 451,857.84 | - | - | - | (2,701.56) | - | - | - | - | (2,701.56) | | | |
| SGP | 490600 | HUAFA SHANZHUANG PLOT S2 MOCK UP VILLAS, ZHUHAI, CHINA | | | | | | | | #DIV/0! | | | | | - | - | - | - | (602.20) | - | - | - | (602.20) | | | |
| SGP | 494300 | HILTON OKINAWA SEDOKO, JAPAN | | | | | | | | #DIV/0! | | | | | - | - | (4,272.43) | - | - | - | - | - | (4,272.43) | | | |
| SGP | 494400 | MARRIOTT HOTEL, PENANG, MALAYSIA | Active | Andy | Andy | TAMAN SRI BUNGA SDN BHD | ALFRED CHEW | MALAYSIA | 1,050,000.00 | 60.11% | Email | 631,120.00 | 408,264.08 | 625,149.08 | - | - | - | (192.13) | - | - | - | - | (192.13) | | | |
| SGP | 494700 | ZHULI HUALUXE RESORT BY SHIMAO, FUZHOU, CHINA | | | | | | | | #DIV/0! | | | | | - | - | - | (173.56) | - | - | - | - | (173.56) | | | |
| SGP | 495900 | SOFITEL SO MOMI BAY, FIJI | | | | | | | | #DIV/0! | | | | | - | - | - | (217.82) | - | - | - | - | (217.82) | | | |
| SGP | 496800 | HAI DI LAO AT THE GARDEN, MID VALLEY, KL, MALAYSIA | | | | | | | | #DIV/0! | | | | | - | - | - | - | (93.60) | - | - | - | (93.60) | | | |
| SGP | 495800 | NICCOLO HOTEL CHANGSHA ART CONSULTANCY, CHINA | Active | Andy | Andy | WHARF CHANGSHA ESTATES LIMITED | MR ALFA LEE & MATTHEW CHEUNG | CHINA | 170,170.76 | 104.40% | Email | 177,650.58 | 154,183.90 | 175,933.90 | - | - | - | - | (17.77) | - | - | - | (17.77) | | | |
| SGP | 499400 | VENETIAN PAIZA PIT 801 REFRESH, MACAU | Active | Shawn | Andy | VENETIAN MACAU LIMITED | JASON DANIELS | MACAU | 582,943.70 | 72.16% | Email | 420,674.39 | 403,475.08 | 403,576.00 | - | 13,119.72 | - | - | - | - | - | - | 13,119.72 | | | |
| SGP | 500100 | TRIBUTE PORTFOLIO, SUZHOU, CHINA | | | | | | | | #DIV/0! | | | | | - | - | - | - | 329.35 | - | - | - | 329.35 | | | |
| SGP | 500300 | COLI HOTEL FUZHOU, CHINA | Active | Shawn | Andy | CHINA OVERSEAS PROPERTY CO., LTD (FUZHOU) | MR CHEN FENG | CHINA | 1,109,317.04 | 99.86% | Email | 1,107,779.34 | 1,043,868.67 | 1,094,881.01 | - | - | - | 2,104.41 | - | - | - | - | 2,104.41 | | | |
| SGP | 501499 | WINTASTAR SHANGHAI SERVICE APARTMENT, CHINA | Active | Shawn Li | Shawn Li | | | CHINA | 683,544.00 | 100.96% | 0 | 690,079.23 | 684,012.98 | 684,012.98 | - | - | (6,143.60) | - | - | - | - | - | (6,143.60) | | | |
| SGP | 496300 | PNB-5 STAR HOTEL, KUALA LUMPUR ART CONSULTANCY, MALAYSIA | Active | Andy | Andy | PERMODALAN NASIONAL BERHAD | AZMAN NASARUDDIN | MALAYSIA | 110,349.34 | 71.74% | Email | 79,165.80 | 77,721.05 | 77,721.05 | - | - | - | 57.40 | - | - | - | - | 57.40 | | | |
| SGP | 503100 | JIN WAN HUAFA INTL BUSINESS CTR 2 APT BLDG SHOW UNIT 1 AND 7 | | | | | | | | #DIV/0! | | | | | - | - | - | (90.84) | - | - | - | - | (90.84) | | | |
| SGP | 503300 | WUHAN HUAFA WAI TAN HUI SHOW UNIT D1, D2 & LOBBY, CHINA | Active | Shawn | Andy | WUHAN HUAFA CHANGSHENG REAL ESTATE DEVELOPMENT CO., LTD | ZHU YAWEI | CHINA | 968,480.38 | 58.71% | Email | 568,600.71 | 457,281.66 | 497,756.16 | 34,534.24 | 34,806.16 | - | - | - | - | - | - | 69,340.40 | | | |
| SGP | 505200 | ALPHA 5 SHOWFLATS, HO CHI MINH, VIETNAM | | | | | | | | #DIV/0! | | | | | - | - | - | (331.55) | - | - | - | - | (331.55) | | | |
| SGP | 507800 | COLI HOTEL & SERVICED APARTMENT-ART, SIGNAGE & WAYFINDING | Active | Shawn | Andy | CHINA OVERSEAS PROPERTY CO., LTD (FUZHOU) | MR ZHENG LEI | CHINA | 250,288.79 | 92.30% | Email | 231,010.78 | 180,273.67 | 226,156.60 | - | 1,519.72 | - | 1,104.89 | - | - | - | - | 2,624.61 | | | |
| SGP | 508700 | WUHAN HUAFA XIAN AN FANG CLUBHOUSE WUHAN, CHINA | | | | | | | | #DIV/0! | | 253,242.89 | | | - | - | - | 593.53 | - | - | - | - | 593.53 | | | |
| SGP | 512200 | OAKWOOD JAKARTA - ADD JAKARTA, INDONESIA | | | | | | | | #DIV/0! | | 106,304.12 | | | - | - | (143.04) | - | - | - | - | - | (143.04) | | | |
| SGP | 512300 | LANGHAM JAKARTA HOURLY OVERSIGHT, JAKARTA, INDONESIA | Active | Shawn Li | Andy | PT. SUMBER CIPTA GRIYA UTAMA | SHERLLY HARTONO | INDONESIA | 67,021.18 | 117.41% | Email | 78,687.33 | 36,202.45 | 78,202.45 | - | - | (286.08) | - | - | - | - | - | (286.08) | | | |
| SGP | 511300 | WINTER STAR COMMERCIAL AREAS AND ICE RINK ID, LINGANG, CHINA | Active | Shawn Li | Andy | SHANGHAI SNOW STAR PROPERTIES CO LTD | MR JACKY MAO & MS ZHANG TING | CHINA | 418,423.78 | 80.84% | Email | 338,256.37 | 261,052.36 | 304,158.08 | 31,099.74 | - | - | - | - | - | - | - | 31,099.74 | | | |
| SGP | 512400 | JW MARRIOTT CHANGSHA JIANHONGDA F&B, CHINA | Active | Selina Tan | Andy | HUNAN JIANHONGDA HOTEL MANAGEMENT CO., LTD | ZHOU LIANG | CHINA | 220,000.00 | 93.67% | Email | 206,068.80 | 183,144.58 | 203,328.07 | - | - | (888.74) | - | - | - | - | - | (888.74) | | | |
| SGP | 516200 | BANYAN TREE KYOTO, JAPAN | Active | Andy Png | | | | | | #DIV/0! | | 294,297.43 | 198,110.43 | 286,322.93 | - | 2,863.55 | - | - | - | - | - | - | 2,863.55 | | | |
| SGP | 518200 | CHAMPARAMA RESORT & SPA-GRAN MELIA VILLAS & TT4 MAIN BLDG | Active | | | | | | | #DIV/0! | | 161,493.36 | | | 161,493.36 | - | - | - | - | - | - | - | 161,493.36 | | | |
| SGP | 518300 | CHAMPARAMA CT10 NEW WORLD | Active | | | | | | | #DIV/0! | | 220,777.77 | | | 119,527.77 | - | - | - | - | - | - | - | 119,527.77 | | | |
| SGP | 518600 | MARRIOTT HOTEL SHAOXING JINGHU, CHINA | | | | | | | | #DIV/0! | | 87,570.51 | | | 87,570.51 | - | - | - | - | - | - | - | 87,570.51 | | | |
| SGP | | FX Gain / Loss in USD | | | | | | | | #DIV/0! | | - | - | - | (136,121.33) | - | - | - | - | - | - | - | (136,121.33) | | | 44067 |

**Fill in this information to identify the case:**

Debtor name __**Wilson & Associates, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __**21-10466**__

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | City    State    Zip Code | | |
| 2.2 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | City    State    Zip Code | | |
| 2.3 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | City    State    Zip Code | | |
| 2.4 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | City    State    Zip Code | | |

**Fill in this information to identify the case:**

Debtor name **Wilson & Associates, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **21-10466**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _03-17-2021_    x _[signature]_
Signature of individual signing on behalf of debtor

**Zhao Li**
Printed name

**Senior Vice-President**
Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re __**Wilson & Associates, LLC**_____    Case No. ___**21-10466**___

_____Debtor(s)    Chapter ___**7**___

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|                                                           |     |            |
|-----------------------------------------------------------|-----|-----------:|
| For legal services, I have agreed to accept               | $   |  15,000.00 |
| Prior to the filing of this statement I have received     | $   |  15,000.00 |
| Balance Due                                               | $   |       0.00 |

2.   The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__3/17/2021_____
   _Date_

_/s/ David M. Klauder_____
**David M. Klauder**
_Signature of Attorney_
**Bielli & Klauder, LLC**
**1204 N. King Street**
**Wilmington, DE 19801**
**3028034600  Fax: 3023972557**
**dklauder@bk-legal.com**
_Name of law firm_

---

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name    **Wilson & Associates, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **21-10466**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   Income

**Part 1:**   **Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue
Check all that apply | Gross revenue
(before deductions and exclusions) |
|---|---|---|
| **For prior year:**
From **1/01/2020** to **12/31/2020** | ■ Operating a business
☐ Other _____ | **$24,693,435.00** |
| **For year before that:**
From **1/01/2019** to **12/31/2019** | ■ Operating a business
☐ Other _____ | **$31,807,323.00** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source
(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer
Check all that apply |
|---|---|---|---|
| 3.1.   **See attached statement** | | $0.00 | ☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other___ |

| Debtor | **Wilson & Associates, LLC** | Case number *(if known)* | **21-10466** |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Beth Campbell** | **2020** | **$344,122.37** | **Gross Earnings** |
| 4.2. **James Carry** | **2020** | **$10,923.35** | **Gross Earnings** |
| 4.3. **Quan Kwan** | **2020** | **$120,380.16** | **Gross Earnings** |
| 4.4. **Darrell Long** | **2020** | **$325,000.08** | **Gross Earnings** |
| 4.5. **Twana Williams** | **2020** | **$114,325.07** | **Gross Earnings** |
| 4.6. **Bin Yi** | **2020** | **$157,280.08** | **Gross Earnings** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **See attached** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor    **Wilson & Associates, LLC**                                    Case number *(if known)*    **21-10466**

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11.  **Payments related to bankruptcy**
     List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

□ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bielli & Klauder, LLC** **1905 Spruce Street** **Philadelphia, PA 19103** | **Paid out of money received by JunHe** | **02/08/21** | **$15,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **JunHe** **45 Rockefeller Plaza** **New York, NY 10111** | **$15,000 of this transferred to Bielli & Klauder, LLC** | **02/08/21** | **$20,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
     List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
     Do not include transfers already listed on this statement.

Debtor    **Wilson & Associates, LLC**                                    Case number *(if known)*  **21-10466**

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Wilson & Associates 401k Plan** | EIN:  **20-8991716** |

Has the plan been terminated?
☐ No
■ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Wilson & Associates, LLC | Case number *(if known)* | 21-10466 |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Iron Mountain Info Mgmt LLC 2009 Country Club Dr Carrollton, TX 75006** | **Various people** | **Accounting papers** | ☐ No ■ Yes |

---

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| **Part 12:** | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Wilson & Associates, LLC**                                      Case number *(if known)*  **21-10466**

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Wilson Purchasing, LLC** | **Architectural design** | EIN:  **26-0468957**<br>From-To  **6/20/07 - Present** |
| 25.2.  **Wilson Associates** | **Architectural design** | EIN:  **98-1261910**<br>From-To  **7/3/15 - Present** |
| 25.3.  **Wilson Worldwide (Proprietary) Ltd** | **Architectural Design** | EIN:  **98-0571078**<br>From-To  **10/17/94 - Present** |
| 25.4.  **Wilson Shanghai Company Limited** | **Architectural design** | EIN:<br>From-To  **11/1/06 - Present** |
| 25.5.  **Wilson & Associates Bangkok Company Ltd** | **Architectural design** | EIN:<br>From-To  **10/16/17 - Present** |
| 25.6.  **Wilson & Associates London Limited** | **Architectural design** | EIN:<br>From-To  **9/19/17 - Present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

Debtor   **Wilson & Associates, LLC**                                          Case number *(if known)* **21-10466**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Bin Yi** | **12/4/17-3/2/21** |
| 26a.2.   **Karena Nee** | **1/2/19-12/7/20** |
| 26a.3.   **Cathy Wang** | **9/8/17 - 1/17/20** |
| 26a.4.   **Sarah Yang** | **1/23/19-3/2/21** |
| 26a.5.   **Lara Thompson** | **5/1/03-3/2/21** |
| 26a.6.   **Lisa Hawkins** | **8/31/11-3/2/21** |
| 26a.7.   **Jack Chen** | **2/1/20-5/8/20** |
| 26a.8.   **Jonathan Lin** | **7/21/20-1/15/21** |
| 26a.9.   **Charissa Toh** | **3/3/03-3/2/21** |
| 26a.10.   **Jessie Tay** | **3/22/11-3/2/21** |
| 26a.11.   **RSM US LLP**<br>**13155 Noel Road, Suite 2200**<br>**Dallas, TX 75240** | **2019-2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Zhonghua CPA**<br>**1089 Dong Daming Road**<br>**Raffles City The Bun Weat Tower**<br>**17-18th Floor, Shanghai, China** | **2017-2019 Fiscal Year** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Impro Assurance**<br>**10 Anson Road, #29-18 International Plaz**<br>**Singapore 079903** | **2019 Fiscal year - Singapore office** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Wilson & Associates, LLC**  Case number *(if known)* **21-10466**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Zhao Li | 3811 Turtle Creek Road Suite 1600 Dallas, TX 75219 | Senior VP | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Bin Yi | 3811 Turtle Creek Road Suite 1600 Dallas, TX 75219 | Finance Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Shanghai ECADI Investment & | Development Company Limited | Majority shareholder | 51% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Lidong Shen | No. 258, Shi Men Er Road Shanghai, China | Chairman | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Jingyu Zhou | No. 258, Shi Men Er Road Shanghai, China | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Weijie Wang | No. 258, Shi Men Er Road Shanghai, China | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Yan Yang | No. 258, Shi Men Er Road Shanghai, China | Director | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Debtor | **Wilson & Associates, LLC** | Case number *(if known)* **21-10466** |
| --- | --- | --- |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Beth Campbell | 3811 Turtle Creek Road Suite 1600 Dallas, TX 75219 | CEO | Left 11/15/20 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Darell Long | 3811 Turtle Creek Road Suite 1600 Dallas, TX 75219 | Regional MD | 1/22/21 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Quan Kwan | 60 Broad Street 39th Floor New York, NY 10004 | NY MD | Left 2/5/20 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Twana Williams | 3811 Turtle Creek Road Suite 1600 Dallas, TX 75219 | Global HR Director | 12/18/20 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Hua Zhang | No. 258, Shi Men Er Road Shanghai, China | Chairman | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | **See Response to SOFA #4** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
| --- | --- |

| Debtor | Wilson & Associates, LLC | Case number *(if known)* | 21-10466 |
|---|---|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *03-17-2021*

_____        **Zhao Li**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Senior Vice-President**    _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

# Attachment to Statement of Financial Affairs #3

| | Acct: | Type | Type | Nbr | Post | Nbr | Date | Vendor | Debit | Credit | Currency-USD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Acct: | 10360 | HSBC | LLSub: | TX0 | | | | | | | |
| | 10360 | AP | CK | 045431 | 11-20 | 010834 | 11/2/20 | 16101 EOS PROPERTIES AT TURTLE | 0.00 | $ 41,180.91 | |
| ^ | 10360 | AP | CK | 045431 | 11-20 | 010835 | 11/2/20 | 16900 FEDERAL EXPRESS CORPORAT | 0.00 | $ 149.67 | |
| | 10360 | AP | CK | 045454 | 11-20 | 010844 | 11/11/20 | 16900 FEDERAL EXPRESS CORPORAT | 0.00 | $ 1,057.73 | |
| | 10360 | AP | CK | 045485 | 11-20 | 010849 | 11/30/20 | 14883 D.JAMES CARRY DESIGN STU | 0.00 | $ 1,237.50 | |
| | 10360 | AP | CK | 045485 | 11-20 | 010850 | 11/30/20 | 16900 FEDERAL EXPRESS CORPORAT | 0.00 | $ 586.74 | |
| | 10360 | AP | CK | 045485 | 11-20 | 010851 | 11/30/20 | 18504 FOLEY & LARDNER LLP | 0.00 | $ 12,900.50 | |
| | 10360 | AP | CK | 045485 | 11-20 | 010856 | 11/30/20 | 40552 PUBLIC STORAGE | 0.00 | $ 225.00 | |
| | 10360 | AP | CK | 045485 | 11-20 | 010857 | 11/30/20 | 48500 THOMAS PRINTWORKS | 0.00 | $ 1,543.67 | |
| | 10360 | AP | CK | 045485 | 11-20 | 010858 | 11/30/20 | 52289 WINDSTREAM | 0.00 | $ 9,572.72 | |
| | 10360 | AP | CK | 045485 | 11-20 | 010859 | 11/30/20 | 53401 ZOOM VIDEO COMMUNICATION | 0.00 | $ 7,112.82 | |
| | 10360 | AP | CK | 045486 | 11-20 | 010860 | 11/30/20 | 00251 ABC IMAGING , INC. | 0.00 | $ 89.82 | |
| | 10360 | AP | CK | 045486 | 11-20 | 010861 | 11/30/20 | 43907 LEVEL 3 COMMUNICATIONS, | 0.00 | $ 2,251.74 | |
| | 10360 | AP | CK | 045488 | 11-20 | 010864 | 11/30/20 | 01800 ABM PARKING SERVICES | 0.00 | $ 2,000.00 | |
| | 10360 | AP | EP | 045444 | 11-20 | 901414 | 11/2/20 | 17620 FIDELITY INVESTMENTS | 0.00 | $ 971.64 | |
| | 10360 | AP | EP | 045446 | 11-20 | 901415 | 11/2/20 | 17620 FIDELITY INVESTMENTS | 0.00 | $ 3,008.67 | |
| | 10360 | AP | EP | 045448 | 11-20 | 901416 | 11/2/20 | 17620 FIDELITY INVESTMENTS | 0.00 | $ 22,246.65 | |
| | 10360 | AP | EP | 045473 | 11-20 | 901418 | 11/17/20 | 17620 FIDELITY INVESTMENTS | 0.00 | $ 23,702.90 | |
| | 10360 | AP | EP | 045504 | 11-20 | 901421 | 11/27/20 | 27000 INTERNAL REVENUE SERVICE | 0.00 | $ 12,492.41 | |
| | 10360 | GJ | GL | 034409 | 11-20 | 11-19 | 12/1/20 | PNC NOV 2020 | 0.00 | $ 2,513.09 | |
| | 10360 | GJ | GL | 034341 | 11-20 | 11-7 | 11/17/20 | PMT ON BEHALF OF CC-NOV20 RENT | 0.00 | $ 5,275.00 | |
| | 10360 | GJ | GL | 034343 | 11-20 | 11-8 | 11/25/20 | HSBC Loan int NOV 2020 | 0.00 | $ 6,239.83 | |
| | 10360 | GJ | GL | 034379 | 11-20 | AFCO | 11/27/20 | AFCO-07/01/2020-06/30/2021 | 0.00 | $ 4,397.70 | |
| | 10360 | GJ | GL | 034358 | 11-20 | AUTOCAD | 11/27/20 | Global Finance Group Repayment | 0.00 | $ 21,761.54 | |
| | 10360 | GJ | GL | 034358 | 11-20 | AUTOCAD | 11/27/20 | People's capital Repayment | 0.00 | $ 9,516.57 | |
| | 10360 | GJ | GL | 034374 | 11-20 | CNA-PMT | 11/27/20 | CNA GENERAL LIABILITIES PMT | 0.00 | $ 2,628.60 | |
| | 10360 | GJ | GL | 034382 | 11-20 | LIONCAPITA | 11/27/20 | COINS-BIM360 Auto PMT | 0.00 | $ 1,381.08 | |
| | 10360 | GJ | GL | 034384 | 11-20 | PNC | 11/27/20 | PANZURA-FILE SERVERJUN20-MAY21 | 0.00 | $ 8,295.00 | |
| | 10360 | GJ | GL | 034372 | 11-20 | PNC-PMT | 11/27/20 | SOFTCHOICE#171451 | 0.00 | $ 426.64 | |
| | 10360 | GJ | GL | 034387 | 11-20 | PNC-PMT | 11/27/20 | SOFTCHOICE #171617  PMT | 0.00 | $ 2,256.83 | |
| | 10360 | GJ | GL | 034391 | 11-20 | RHSB-AFCO | 11/27/20 | AFCO Installments 11/20-08/21 | 0.00 | $ 14,466.79 | |
| | 10360 | GJ | GL | 034385 | 11-20 | US BANK | 11/27/20 | ADOBE MAY20-APRIL21 AUTO PMT | 0.00 | $ 11,660.83 | |
| | 10360 | GJ | GL | 034386 | 11-20 | US BANK | 11/27/20 | MIRCOSOFT365 AUTOPMT0820-0421 | 0.00 | $ 8,886.58 | |
| | 10360 | GJ | GL | 034381 | 11-20 | USBANK | 11/27/20 | MS-VISIO&Project Auto PMT | 0.00 | $ 3,757.56 | |
| | 10360 | AP | EP | 045580 | 12-20 | 901423 | 12/15/20 | 17620 FIDELITY INVESTMENTS | 0.00 | $ 18,059.66 | |
| | 10360 | AP | EP | 045582 | 12-20 | 901425 | 12/4/20 | 01700 AMERICAN EXPRESS | 0.00 | $ 19,757.00 | |
| | 10360 | AP | EP | 045595 | 12-20 | 901427 | 12/28/20 | 01700 AMERICAN EXPRESS | 0.00 | $ 9,897.87 | |
| | 10360 | AP | EP | 045622 | 12-20 | 901429 | 12/2/20 | 17620 FIDELITY INVESTMENTS | 0.00 | $ 23,143.65 | |
| | 10360 | GJ | GL | 034516 | 12-20 | 12-20 | 12/31/20 | CNA 2019 Audit | 0.00 | $ 14,074.84 | |
| | 10360 | GJ | GL | 034517 | 12-20 | 12-21 | 1/6/20 | HSBC Bank Charge DEC 2020 | 0.00 | $ 1,135.17 | |
| | 10360 | GJ | GL | 034517 | 12-20 | 12-21 | 1/6/20 | PNC DEC 2020 | 0.00 | $ 2,513.09 | |
| | 10360 | GJ | GL | 034440 | 12-20 | 12-3 | 12/30/20 | HSBC Loan int DEC 2020 | 0.00 | $ 6,013.37 | |
| | 10360 | GJ | GL | 034501 | 12-20 | AFCO | 1/5/21 | AFCO-07/01/2020-06/30/2021 | 0.00 | $ 4,397.70 | |
| | 10360 | GJ | GL | 034481 | 12-20 | AUTOCAD | 1/5/21 | Global Finance Group Repayment | 0.00 | $ 21,761.54 | |
| | 10360 | GJ | GL | 034481 | 12-20 | AUTOCAD | 1/5/21 | People's capital Repayment | 0.00 | $ 9,516.57 | |
| | 10360 | GJ | GL | 034496 | 12-20 | CNA-PMT | 1/5/21 | CNA GENERAL LIABILITIES PMT | 0.00 | $ 2,628.60 | |
| | 10360 | GJ | GL | 034504 | 12-20 | LIONCAPITA | 1/5/21 | COINS-BIM360 Auto PMT | 0.00 | $ 1,381.08 | |
| | 10360 | GJ | GL | 034506 | 12-20 | PNC | 1/5/21 | PANZURA-FILE SERVERJUN20-MAY21 | 0.00 | $ 8,295.00 | |
| | 10360 | GJ | GL | 034494 | 12-20 | PNC-PMT | 1/5/21 | SOFTCHOICE#171451 | 0.00 | $ 426.64 | |
| | 10360 | GJ | GL | 034509 | 12-20 | PNC-PMT | 1/5/21 | SOFTCHOICE #171617  PMT | 0.00 | $ 2,256.83 | |
| | 10360 | GJ | GL | 034513 | 12-20 | RHSB-AFCO | 1/5/21 | AFCO Installments 11/20-08/21 | 0.00 | $ 14,466.79 | |
| | 10360 | GJ | GL | 034507 | 12-20 | US BANK | 1/5/21 | ADOBE MAY20-APRIL21 AUTO PMT | 0.00 | $ 11,660.83 | |
| | 10360 | GJ | GL | 034508 | 12-20 | US BANK | 1/5/21 | MIRCOSOFT365 AUTOPMT0820-0421 | 0.00 | $ 8,886.58 | |
| | 10360 | GJ | GL | 034503 | 12-20 | USBANK | 1/5/21 | MS-VISIO&Project Auto PMT | 0.00 | $ 3,757.56 | |
| ^ | 10360 | AP | CK | 045604 | 01-21 | 010902 | 1/4/21 | 09841 COINS | 0.00 | $ 1,201.58 | |
| ^ | 10360 | AP | CK | 045606 | 01-21 | 010904 | 1/4/21 | 46019 STAPLES BUSINESS ADVANTA | 0.00 | $ 529.50 | |
| ^ | 10360 | AP | CK | 045608 | 01-21 | 010905 | 1/4/21 | 09802 COBB MARTINEZ WOODWARD P | 0.00 | $ 5,000.00 | |
| ^ | 10360 | AP | CK | 045624 | 01-21 | 010909 | 1/7/21 | 16900 FEDERAL EXPRESS CORPORAT | 0.00 | $ 2,798.02 | |
| ^ | 10360 | AP | CK | 045624 | 01-21 | 010910 | 1/7/21 | 52289 WINDSTREAM | 0.00 | $ 9,756.30 | |
| | 10360 | AP | CK | 045663 | 01-21 | 010934 | 1/22/21 | 52289 WINDSTREAM | 0.00 | $ 9,760.75 | |
| | 10360 | AP | CK | 045663 | 01-21 | 010935 | 1/22/21 | 53401 ZOOM VIDEO COMMUNICATION | 0.00 | $ 6,965.60 | |
| | 10360 | AP | CK | 045692 | 01-21 | 010943 | 1/31/21 | 16900 FEDERAL EXPRESS CORPORAT | 0.00 | $ 144.16 | |
| | 10360 | AP | EP | 045651 | 01-21 | 901434 | 1/14/21 | 01700 AMERICAN EXPRESS | 0.00 | $ 7,178.57 | |
| | 10360 | AP | EP | 045655 | 01-21 | 901435 | 1/19/21 | 17620 FIDELITY INVESTMENTS | 0.00 | $ 658.73 | |
| | 10360 | AP | EP | 045656 | 01-21 | 901436 | 1/19/21 | 17620 FIDELITY INVESTMENTS | 0.00 | $ 21,565.98 | |
| | 10360 | AP | EP | 045658 | 01-21 | 901437 | 1/4/21 | 17620 FIDELITY INVESTMENTS | 0.00 | $ 11,488.92 | |
| | 10360 | GJ | GL | 034604 | 01-21 | 1-15 | 2/1/21 | CAMPBELL Rent | 0.00 | $ 7,912.50 | |
| | 10360 | GJ | GL | 034604 | 01-21 | 1-15 | 2/1/21 | HSBC Bank Charge JAN 2021 | 0.00 | $ 1,208.80 | |
| | 10360 | GJ | GL | 034604 | 01-21 | 1-15 | 2/1/21 | Federal Tax Deposit | 0.00 | $ 9,200.00 | |
| | 10360 | GJ | GL | 034604 | 01-21 | 1-15 | 2/1/21 | LA City Tax | 0.00 | $ 9,698.25 | |
| | 10360 | GJ | GL | 034548 | 01-21 | 1-3 | 1/25/21 | HSBC Loan in JAN 2021 | 0.00 | $ 6,233.05 | |
| | 10360 | GJ | GL | 034570 | 01-21 | AFCO | 1/25/21 | AFCO-07/01/2020-06/30/2021 | 0.00 | $ 4,397.70 | |
| | 10360 | GJ | GL | 034554 | 01-21 | AUTOCAD | 1/25/21 | Global Finance Group Repayment | 0.00 | $ 21,761.54 | |
| | 10360 | GJ | GL | 034554 | 01-21 | AUTOCAD | 1/25/21 | People's capital Repayment | 0.00 | $ 9,516.57 | |
| | 10360 | GJ | GL | 034565 | 01-21 | CNA-PMT | 1/25/21 | CNA GENERAL LIABILITIES PMT | 0.00 | $ 2,628.60 | |
| | 10360 | GJ | GL | 034573 | 01-21 | LIONCAPITA | 1/25/21 | COINS-BIM360 Auto PMT | 0.00 | $ 1,381.08 | |
| | 10360 | GJ | GL | 034575 | 01-21 | PNC | 1/25/21 | PANZURA-FILE SERVERJUN20-MAY21 | 0.00 | $ 8,295.00 | |
| | 10360 | GJ | GL | 034563 | 01-21 | PNC-PMT | 1/25/21 | SOFTCHOICE#171451 | 0.00 | $ 426.64 | |
| | 10360 | GJ | GL | 034578 | 01-21 | PNC-PMT | 1/25/21 | SOFTCHOICE #171617  PMT | 0.00 | $ 2,256.83 | |
| | 10360 | GJ | GL | 034582 | 01-21 | RHSB-AFCO | 1/25/21 | AFCO Installments 11/20-08/21 | 0.00 | $ 14,466.79 | |
| | 10360 | GJ | GL | 034576 | 01-21 | US BANK | 1/25/21 | ADOBE MAY20-APRIL21 AUTO PMT | 0.00 | $ 11,660.83 | |
| | 10360 | GJ | GL | 034577 | 01-21 | US BANK | 1/25/21 | MIRCOSOFT365 AUTOPMT0820-0421 | 0.00 | $ 8,886.58 | |
| | 10360 | GJ | GL | 034572 | 01-21 | USBANK | 1/25/21 | MS-VISIO&Project Auto PMT | 0.00 | $ 3,757.56 | |

**Attachment to Statement of Financial Affairs #3**

| | Acct: | Type | Type | | Nbr | | Post | Nbr | | Date | Vendor | Debit | Credit | Currency-AED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acct: | 10440 | HSBC M | Sub: | | ABD | | Abu Dhabi | | | | | | | |
| Period | 11-20 | Total | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | | | |
| | 10440 | GJ | GL | | 003779 | | 12-20 | 12-14M | | 1/7/21 | 44586 SKETS ONLINE | 0.00 | 171,371.33 | |
| | 10440 | GJ | GL | | 003779 | | 12-20 | 12-14M | | 1/7/21 | 20512 GKS DESIGN GROUP | 0.00 | 48,419.69 | |

# Attachment to Statement of Financial Affairs #3

| | Acct: | Type | Type | Nbr | Post | Nbr | Date | Vendor | Debit | Credit | Currency-AED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Acct: | 15081 | NBAD Ct | Sub: | ABD | Abu Dhabi | | | | | | |
| | 15081 | AP | EP | 002450 | 11-20 | 091120 | 11/9/20 | 00154 OMAN INSURANCE COMPANY | 0.00 | 193,890.74 | |
| | 15081 | AP | EP | 002446 | 11-20 | 110120 | 11/1/20 | 00199 ALEXANDER CRUZ | 0.00 | 21,000.00 | |
| | 15081 | AP | EP | 002459 | 11-20 | 110520 | 11/5/20 | 00173 Orient Travel And Touri | 0.00 | 5,380.00 | |
| | 15081 | GJ | GL | 003742 | 11-20 | 11-3 | 12/1/20 | Reclass Orient-Travel Check 13 | 0.00 | 85,000.00 | |
| Period | 11-20 | Total | 1,484,180.77 | 305,290.00 | 647,668.18 | 1,141,802.59 | | | | | |
| | 15081 | AP | EP | 002526 | 12-20 | 001304 | 11/29/20 | 00173 Orient Travel And Touri | 0.00 | 21,250.00 | |
| | 15081 | AP | EP | 002491 | 12-20 | 121020 | 12/10/20 | 00203 SARHEN INTERNATIONAL | 0.00 | 68,775.00 | |
| | 15081 | AP | HC | 002521 | 12-20 | 001303 | 10/31/20 | 00173 Orient Travel And Touri | 0.00 | 85,000.00 | |
| | 15081 | AP | HC | 002530 | 12-20 | 001305 | 12/29/20 | 00173 Orient Travel And Touri | 0.00 | 21,250.00 | |

# Attachment to Statement of Financial Affairs #3

| | Acct: | Type | Type | Nbr | Post | Nbr | Date | Vendor | Debit | Credit | Currency-AED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Acct: | 15082 | HSBC -M | Sub: | ABD | Abu Dhabi | | | | | | |
| Period | 11-20 | Total | | 0.00 | 0.00 | 0.00 | 0.00 | | | | |
| | 15082 | AP | EP | 002500 | 12-20 | 000125 | 12/10/20 | 00075 STAM ARCHITECTURE | 0.00 | 50,000.00 | |
| | 15082 | AP | EP | 002477 | 12-20 | 001012 | 12/10/20 | 00162 CRACKNELL | 0.00 | 31,460.63 | |
| | 15082 | AP | EP | 002486 | 12-20 | 001220 | 12/10/20 | 00131 NULTY | 0.00 | 35,000.00 | |
| | 15082 | AP | EP | 002493 | 12-20 | 002012 | 12/10/20 | 00181 ELEVEN VISUALISATION | 0.00 | 65,091.01 | |
| | 15082 | AP | EP | 002519 | 12-20 | 002013 | 12/10/20 | 00202 DELTA LIGHTING SOLUTIONS | 0.00 | 24,451.20 | |
| | 15082 | AP | EP | 002479 | 12-20 | 012220 | 12/10/20 | 00202 DELTA LIGHTING SOLUTIONS | 0.00 | 25,470.00 | |
| | 15082 | AP | EP | 002480 | 12-20 | 012320 | 12/10/20 | 00174 DPA Lighting Consultants | 0.00 | 36,120.00 | |
| | 15082 | AP | EP | 002481 | 12-20 | 012420 | 12/10/20 | 00158 GENIUS LOCI | 0.00 | 35,568.75 | |
| | 15082 | AP | EP | 002482 | 12-20 | 012620 | 12/10/20 | 00064 HAYTHEM BELAYOUNI | 0.00 | 21,299.00 | |
| | 15082 | AP | EP | 002483 | 12-20 | 012720 | 12/10/20 | 00093 LAYAN HALWANI | 0.00 | 30,000.00 | |
| | 15082 | AP | EP | 002484 | 12-20 | 012820 | 12/10/20 | 00220 MUZEO | 0.00 | 31,600.00 | |
| | 15082 | AP | EP | 002501 | 12-20 | 120820 | 12/8/20 | 00199 ALEXANDER CRUZ | 0.00 | 21,000.00 | |
| | 15082 | AP | EP | 002473 | 12-20 | 121020 | 12/10/20 | 00018 ABC IMAGING | 0.00 | 20,006.29 | |
| | 15082 | AP | EP | 002475 | 12-20 | 201210 | 12/10/20 | 00052 AL JAZEERA | 0.00 | 26,743.45 | |
| Period | 12-20 | Total | | 0.00 | 1,682,327.77 | 1,624,942.33 | 57,385.44 | | | | |
| Period | 13-20 | Total | | 57,385.44 | 0.00 | 0.00 | 57,385.44 | | | | |
| | 15082 | AP | EP | 002544 | 01-21 | 000127 | 1/27/21 | 00199 ALEXANDER CRUZ | 0.00 | 10,500.00 | |

## Attachment to Schedule A/B #74 and SOFA #7

| Office | Project name | Project # | Owner | Plaintiff | Defendant | Starting Date | Terminating Date | Total Billing Amount- USD | Outstanding Invoice# | Outstanding Invoice Amount- USD | Amount involved | Legal Action | Law Firm on behalf of WA | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SG | Ningxia Genyuan JWM | 4379 | Ningxia Genyuan Real Estate Dev Co Ltd | WASG | Ningxia Genyuan Real Estate Dev Co Ltd | 8/18/12 | NA | $939,440.74 | #38252 #38325 #38352 #38464 #38768 #39039 | $110,562.93 | $562,664.00 | Arbitration | Dentons SHG | 3. RMB 14,978.20 |
| SG | The One Ritz Carlton, HCMC | 4509 | Bitexco HCMC | WASG | Bitexco HCMC | 2/6/14 | 5/12/17 | $1,169,250.00 | #40029 #40034 #40035 #40036 #40079 #40080 #40138 #40139 #40140 #40240 #40241 #40344 #40384 #40390 #40445 #40559 | $366,953.98 | $366,953.98 | Arbitration | Dzungsrt & Associates LLC | |
| SG | Damansara City Hotel | 4402 | GLM Property Management Co | WASG | GLM Property Management Co | 11/27/12 | NA | $1,054,814.00 | #40616   #40651 #40713   #40772 | $96,488.17 | $96,488.17 | Arbitration | NA | |
| SG | Krrish One Mall, Gurgaon | 4604 | Krish Realtyniram Pvt Ltd | WASG | Krish Realtyniram Pvt Ltd | 3/3/15 | NA | $125,000.00 | #39573   #39670 #39709 | $40,000.00 | $40,000.00 | Arbitration | NA | |
| SG | The Yarra Project, Jakarta, Indonesia | 4690 | PT Intimakmur Mitra Sejati | WASG | PT Intimakmur Mitra Sejati | 3/16/16 | NA | $293,250.00 | #40508-A #40508-B | $120,750.00 | $120,750.00 | Arbitration | NA | |
| SG | JW Marriott Guiyang | 4620 | Zhongtian City Investment GRP Guiyang International | WASG | Zhongtian City Investment GRP Guiyang International Finance | | NA | $1,355,935.38 | #41389 #41445 #41547 | $684,975.00 | $684,975.00 | | | |
| NY | SUMMIT LONGEMONT HOTEL | 4432 | CHENGDU XIAOFENG COMMERCIAL PROPERTIES | WASG | CHENGDU XIAOFENG COMMERCIAL PROPERTIES | | NA | $1,217,833.00 | #48227 #50332 #50469 #50595 #50904 | $452,892.79 | $452,892.79 | | | |
| DL | MARCO BEACH > HOTEL | 4535 | Olshan | SB Architects | Wilson Associates | Mid of 2014 | 2016 | $2,589,700.00 | | $535,000.00 | $535,000.00 | Lawsuit | Kahle & Kress | |

# Attachment to Schedule A/B #74 and SOFA #7

| LA | The Banc | 5128 | WGE Capital Group Inc. | WGE Capital Group Inc. | Wilson Associates | January 2020 | NA | $99,929.60 | #57860 #58009 | $87,438.40 | $87,438.40 | | Cobb Martinez Woodward PLLC |
|----|----------|------|------------------------|------------------------|-------------------|--------------|----|-----------|---------------|------------|------------|--|------|
| NY | LongMu Bay | 4199 | GUOXIN LONG MU BAY INVESTMENT | Wilson Associates | GUOXIN LONG MU BAY INVESTMENT | Sept 2010 | NA | $2,253,987.50 | 048331, 048683, 048684, 048685, 048825, 048827, 048990, 049060, | 173,245.00 | | Arbitration | |
| NY | Summit Longemont | 4432 | CHENGDU XIAOFENG COMMERCIAL | Wilson Associates | CHENGDU XIAOFENG COMMERCIAL | July 2013 | NA | $1,217,832.79 | 048227, 050332, 050469, 050595, 050904 | 452,892.79 | | Arbitration | |
| NY | Grand Hyatt Shenzhou | 4517 | CITIC PACIFIC LTD | Wilson Associates | CITIC PACIFIC LTD | April 2014 | NA | $1,137,923.75 | 051600, 052996 | 376,861.25 | | Arbitration | |
| NY | Nitesh Estates | 4408 | NITESH ESTATES LIMITED | Wilson Associates | NITESH ESTATES LIMITED | December 2012 | NA | $209,772.98 | 046292, 046458, 046949, 047065 | 88,928.46 | | Arbitration | |
| NY | Qingdao Rio Carnival | 4430 | RIO CARNIVAL ADVANCED PROP DEV | Wilson Associates | RIO CARNIVAL ADVANCED PROP DEV | March 2013 | NA | Multiple Offices/Projects | 049593, 049594, 053587 | 427,483.32 | | Arbitration | |
| NY | Bao Bao/Austin Grille | 4488 | ATLAS RESTAURANT CONCEPTS, LLC | Wilson Associates | ATLAS RESTAURANT CONCEPTS, LLC | December 2013 | NA | $31,875.00 | 047996, 048010, 048151 | 31,875.00 | | Arbitration | |
| NY | Interior Design Agreement | | Sobu Flats, LLC | Sobu Flats, LLC | Wilson Associates | 8/24/20 | NA | $318,206.88 | | 318,206.88 | | | |